**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In Re: : | |
| : | |
| **Linda M. Armellino** : | CASE NO 20-12475 |
| : | Chapter 11 |
| Debtor : | |
| : | |

# NOTICE OF APPLICATION FOR EMPLOYMENT

The debtor has filed an application for the employment of Arthur Lander, C.P.A., P.C. as an accountant for the debtor in this case.

<u>Your rights may be affected.</u>  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the Court to grant the relief sought, or if you want the court to consider your views on the Motion, then you or your attorney must:

 X   File with the court, located at 200 South Washington Street, Alexandria, Virginia 22314, a written response with supporting memorandum as required by Local bankruptcy Rule 9013-1(H) within 14 days from the date of this Notice as indicated below. **Unless a written response and supporting memorandum are filed and served by the date specified, the court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.**  If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below.

  A copy of any written response must be mailed to the following person:

    Richard G. Hall
    601 King Street, Suite 301
    Alexandria, Virginia 22314

  If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: November 20, 2020


/s/ Richard G. Hall
RICHARD G. HALL, Esquire
Counsel for the debtor
601 King street, Suite 301
Alexandria, Virginia  22314
(703) 256-7159
Va Bar No. 18076


## Certificate of Service

  I hereby certify that on November 20, 2020 a copy of this Notice was mailed to all parties on the attached service list, and served on the U.S. Trustee, via ECF.

                /s/ Richard G. Hall