**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| **In Re:** : | |
| : | |
| **Linda M. Armellino,** and : | CASE NO 20-12475-BFK |
| **Michael J. Armellino** : | CASE NO.20-12579-BFK |
| : | Chapter 11 |
| Debtors : | |
| : | |

## ORDER SUBSTANTIVELY CONSOLIDATING CASES

THIS MATTER came on the motion of the debtor to substantively consolidate this case, Case No. 12475-BFK, with that of her husband, Michael J. Armellino, Case No. 20-12579-BFK, and upon proper notice to all interested parties, and there having been no objection, and it appearing otherwise proper, it is hereby

ORDERED that this case be and hereby is substantively consolidated with the case of Michael J. Armellino, Case No. 20-12579-BFK, and that this consolidated case shall hereafter have the case number 20-12475-BFK.

Signed this ___ day of _____, 2021.

Feb 17 2021

/s/ Brian F Kenney
Hon. Brian F. Kenney
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: February 18, 2021

I ask for this:

/s/ Richard G. Hall
Richard G. Hall, Esquire
Counsel for the debtor
601 King Street, Suite 301
Alexandria, Virginia  22314
(703)256-7159 Bar No. 18076
richard.hall33@verizon.net


Seen:

Jack I. Frankel
Jack I. Frankel, Esquire
Counsel for the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
(703) 557-7229
Jack.I.Frankel@usdoj.gov
VAB No. 15019


Copies to:
As above