IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In Re: | : |
| | : |
| LINDA M. ARMELLINO | :   CASE NO 20-12475-BFK |
| MICHAEL J. ARMELLINO | :   Chapter 11 |
|     Debtor | : |
| | : |

**ORDER AUTHORIZING ATTORNEY'S FEES AND EXPENSES**

THIS MATTER came on motion of the counsel for the debtors, Richard G. Hall, for the entry of an Order authorizing his attorney's fees and expenses incurred from October 28, 2020 to June 30, 2021, and upon the certification of the applicant, and upon proper notice to all interested parties, and it appearing otherwise reasonable, it is hereby

ORDERED that fees and expenses of $70,907.70, including 133.70 hours of attorney's time for $63,507.50, and expenses of $7,400.20, are approved, and that the applicant may draw on the $10,000.00 retainer held from the time of filing to cover that much of the amount approved, and collect the balance from the debtors directly.

    SIGNED this          day of          2021

Jul 28 2021

/s/ Brian F Kenney
Hon. Brian F. Kenney
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: July 28, 2021

I ask for this:

/s/ Richard G. Hall
Richard G. Hall, Esquire
Counsel for the debtor
601 King Street, Suite 301
Alexandria, Virginia, 22314
(703) 256-7159
VA Bar No. 18076
richard.hall33@verizon.net


Seen:

/s/ Jack I. Frankel
Jack I. Frankel, Esquire
Counsel for the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
(703) 557-7229
Jack.I.Frankel@usdoj.gov
VAB No. 15019


Copies to:

(as above)

Michael J. Armelino
Linda M. Armelino
5811 Hampton Forest Way
Fairfax, VA, 22030