**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| LINDA M. ARMELLINO | : | CASE NO 20-12475-BFK |
| MICHAEL J. ARMELLINO | : | Chapter 11 |
| | : | |
| Debtors | : | |
| | : | |

**MOTION TO WITHDRAW AS DEBTORS' COUNSEL**

COMES NOW Richard G. Hall, and moves to withdraw as the Debtors' counsel, and in support thereof he states as follows

1. This case began as two separate Chapter 11 proceedings. The case of Linda Amellino was filed on November 6, 2020, and the case of Michael Armellino (20-12579-BFK) was filed on November 23, 2020. The two cases were substantivally consolidated under the current case number by an order of the Court entered on February 18, 2021, (Dkt. 44).

2. The applicant served as the Debtors' counsel throughout the chapter 11 proceeding(s) from the day they were filed; the application for appointment as debtor's counsel in the case of Linda Armellino was filed on November 6, 2020, and was approved by an order entered by this court on December 16, 2020, and the application for appointment as the debtor's counsel in the case of Michael Armellino was filed on November 24, 2020, 2020, and was approved by an order entered on December 16, 2020.

3. On or about February 3, 2022 an irreparable and serious breach arose between counsel and the Debtors. Based on a discussion with Michael Armellino, counsel believes that he no

longer has the confidence of the Debtors, and that he can no longer represent them effectively in this case.

WHEREFORE your applicant prays for the entry of an Order withdrawing his appearance in this case, and for such other relief as may be needed.

/s/ Richard G. Hall
Richard G. Hall
Counsel for the Debtors
601 King Street
Suite 301
Alexandria, Virginia, 22314
VA Bar No. 18076
(703)256-7159

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2022, a true copy of this Motion and Certification was mailed to the Debtors at 5811 Hampton Forest Way, Fairfax, VA, 22030, and also served on the United States Trustee via ECF.

/s/ Richard G. Hall