Honorable Brian F. Kenney
Bankruptcy Judge Alex. Division

Case No. 20-12475U.S.
March 04,2022

**RECEIVED**
MAR - 7 2022
BRIAN F. KENNEY
JUDGE

Judge Kenney,

Today I am at a complete disadvantage concerning Mr. Hall. I must stress my verbal agreement with Mr. Hall on 11/05/20 regarding my budget for fees up to 35k moving forward. Linda and I will not allow a wide-open faucet of money to drain our retirement equity. He agreed and started work on 11/05/20. {see attached sheets}

No. 1-Fast forward to 02/03/22 we had a t/c turning into a blow-up concerning expense statement and dismissed request for them. They were emailed and reviewed for the first time 16 months into the case. Mr. Hall filed with the court on 06/30/21 the amount of 71k and later approved by the court on 07/28/21. By this time, 9 months into the case Mr. Hall should be happy to discuss expenses. Never happened. Learning that Mr. Hall was required to mail a certificate of service in July 2021 we never received it. But it arrived in our mailbox on 02/22/22 {see attached letter & envelope} This amount is double the allotted budget. Today 3/15/22 Mr. Hall fees are 115k and he has created an unimaginable burden financially while disregarding our concerns and budget that he agreed to. As you work in the field of bankruptcy, we are just victors seeking guidance. We will not be extracted financially by Mr. Hall.

No. 2- Mr. Hall overreaching fees started with a meet and greet on 10/28/20 and daily charges until 11/04/20 equaling over $1,500. while speaking to other lawyers about our case {see fee sheet} not representing until 11/05/20. Zoom call request only exceed $4,500. And that's not the actual call. Nickle and diming us to death.

No. 3-Statements showing a combination of 40 hrs. of redundant expenses. {see fee sheet attached and example provided} My biggest concern is with the sell of Queen St. property. Many contracts have come and gone, mounting pressure for a sale. A 20k deposit check paid to B&H bank {page 17 of 23} fees was ensure more time to find another buyer so not to execute this 1.3m contract down from 1.8m. Mr. Hall said "the court is ordering you to sell" Please confirm the order was justified.

No. 4- Mr. Hall said we have a victory! The court ordered B&H to receive principal only on the sell of Queen St. I paid 182k in fees to B&H at closing and the 20k paid was not the settlement sheet. If the court will verify the order, I wish to receive 202k from B&H. Equity needed to perform for the court. {see attached sheet} Just in this transaction over 1m in equity disappeared.

Mr. Hall has ignored our allotted budget and concerns in so many ways. Zero transparency, overreaching representation of fees, the relationship between Steven & Mr. Hall placing additional financial burden upon us is wrong. The 20k check paid to B&H is for what purpose? Clearly not benefiting us. I'm requesting verification of two court orders. Frist for B&H to receive principal only and second order Mr. Hall instructing me to sell Queen St. was justified.

This bankruptcy process has turned our lives upside down in so many ways. Linda and I have built our business over 40 years, and it has been devastating to see this all come to such a difficult conclusion. While we appreciate and value all the professionals have done to help assist us, everyone in this process is being well compensated while we continue to be at risk to lose everything we have worked for.

Mr. Halls legal fees far exceed anything what we could have imagined. I appreciate and recognize the work Mr. Hall has done. We only wished for an honest working relationship. Covid shut down has made us vulnerable but that is not an excuse to strip away our equity at will with zero transparency.

I pray for relief with B&H bank and reasonable fees in accordance with what we were told and agreed to. A fair and equitable resolution. Thank you and God Bless.

Sincerely,

Michael Armellino

Examples of excessive involvement and redundant expenses with Steven Korbel {SK} and Mr. Hall {MH} Emails and telephone calls - back and forth and then eventually more emails and telephone calls to us. All listed on fees and expense sheet.

-Agent showing the property forget to lock the kitchen door

-Freezer door was locked, needed to see the inside

-The bar door agent said lock was broken

-MH needed to organize the marking brochure

-Discuss offers and counter offers and new offers

-calculation and recalculation analysis of potential offers

-T/C prepare to discuss with SK and BH 1.5hrs {no topic listed}

-6/14/21 adding in the 20k deposit SK, MH, BH 1.5hrs

-Discuss photos / brochure review for accuracy

-Making a discussion on price with SK  1.4hrs

-reviewing price offers .5hr review another price offer 1hr

-Queen St property is grand fathered or not 1hr. then a zoomed call .7hrs

-file motion and then re-file motion then no motions with SK

-review sale agreement, new contract, new offers and counter offers 1.5

-Condition inside restaurant; water off no a/c

-failed contact, choosing the wrong people not qualified for purchasing the property 1.8m offer down to 1.3m selling price

These examples were clearly avoidable and unprofessional. The disrespect and the extraction of 40 years of equity is shameful.



**MICHAEL J ARMELLINO**    12-20
DEBTOR IN POSSESSION
CASE #20-12579
5811 HAMPTON FOREST WAY
FAIRFAX, VA 22030

101
15-172/540
806

JUNE 07, 2021

Pay to the Order of   Burke & Herbert Bank    $ 20,000.00

Twenty Thousand Eve    Dollars

**TD Bank**
America's Most Convenient Bank®

206-208-210 Queen st.

⑆054001725⑆ ⬛⬛⬛⬛⬛208 2⑈ 0101

Account: ⬛⬛⬛⬛2082
Amount: 20,000.00
PostDate: 20210610
Tran_ID: 501235761
CheckNum: 101
DIN: 501236486
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 501236486
ECEItemSeqNum: 6524905413

>056001066< 20210610
**BURKE & HERBERT BANK & TRUST**
**Drawer#/Trans#: 09901/0018**
**HIN: 783111510000040**

005Е001066 9901 18 06 10 21

Account: ⬛⬛⬛⬛2082
Amount: 20,000.00
PostDate: 20210610
Tran_ID: 501235761
CheckNum: 101
DIN: 501236486
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 501236486
ECEItemSeqNum: 6524905413



Account: ▮▮▮▮▮2082
Amount: 25,000.00
PostDate: 20210824
Tran_ID: 505272806
CheckNum: 102
DIN: 505272811
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 505272811
ECEItemSeqNum: 02352558798



Account: ▮▮▮▮▮2082
Amount: 25,000.00
PostDate: 20210824
Tran_ID: 505272806
CheckNum: 102
DIN: 505272811
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 505272811
ECEItemSeqNum: 02352558798

Page 1 of 1

## CONTRACT FOR BANKRUPTCY REPRESENTATION

THIS AGREEMENT is executed this 5th day of November, 2020, by and between Richard G. Hall (hereinafter the "attorney") and Linda Armellino (hereinafter the "client", whether one or more).   The parties agree as follows:

### (1) Type of bankruptcy representation

The  retains the attorney to take all steps necessary file a Chapter 11 bankruptcy petition for her and to advise her and represent her interests in matters related there to.

It is understood between the parties that this agreement does not contemplate representation in any appeal from the bankruptcy court.  It is understood between the parties, and they hereby agree, that the attorney shall not have a duty to file an appeal from any decision of the bankruptcy court, or to represent the client in any other law suits or adversary proceedings unless a new fee agreement is executed between the parties.

### (2) Services provided by Attorney

Contingent on being paid for the services as specified below, the attorney shall provide such legal services as may reasonably be required in the United States Bankruptcy Court to achieve the results as stated above.

All services rendered in connection with this matter shall be billed at the rate of $475.00 per hour, plus expenses, with a retainer of $8,000.00 for being paid in advance.

### (3) Client's Obligations

The client agrees to: (a) pay all fees and expenses  provided for in this agreement promptly, and to promptly pay all court costs required. (b) cooperate with the attorney to promptly provide all information and any documents requested, (c) to appear at all hearings as may be required, (d) to use the utmost care in furnishing accurate and truthful information to the attorney, and to provide the attorney with a complete disclosure of all facts and circumstances related to the client's claims, (e) to remain in contact with the attorney, and to at all times provide the attorney with accurate address and telephone numbers for the pendency of the case, and to respond promptly to any request for information or cooperation needed for the prosecution of the client's case, (f) To cooperate with the attorney in promptly signing such documents, and completing interrogatories and document requests as may be needed.

Date  11/05/20

/s/ Richard G. Hall
601 King Street,
Suite 301
Alexandria, Virginia 22314
Tel (703) 256-7159

       I hereby affirm that I have read and understand the terms set forth above and agree to the same without alteration.

Date _____11/5/2020_____

_____
Linda Armellino

DUNCAN...RROLL, III
MARTIN J.A. YEAGER (VA, DC & MD)
GREGORY T. DuMONT (VA, MD, DC & NY)

ALEXANDRIA, VA 22314-3104
FAX: 703-549-3335
WWW.LANDCARROLL.COM
MYeager@landcarroll.com
Writer's Direct Dial (703) 778-1433

July 8, 2021

**(VIA FIRST CLASS MAIL AND EMAIL)**

Neil I. Title, Esquire
KARPOFF & TITLE
1840 Wilson Boulevard, Suite 205
Arlington, Virginia 22201
ntitle@karpofftitle.com

> RE:   ***Burke & Herbert Bank & Trust Co. v. Michael J. and Linda M. Armellino***
> Loan No: 814253
> Promissory Note Secured by 206, 208 and 210 Queen Street, Alexandria, VA
> Case No. CL20-002246-00 (Alexandria Circuit Court)
> Our File No. 16517.040

Mr. Title:

This office represents Burke & Herbert Bank & Trust Company with regard to the promissory note secured by a Deed of Trust recorded against the real property located at 206, 208 and 210 Queen Street, Alexandria, Virginia 22314 (the "Property"). Burke & Herbert Bank is also the Judgment Creditor in the above-referenced Confession of Judgment action in the Alexandria Circuit Court. The account holders have requested that we provide your office with a payoff statement for the Burke & Herbert Bank Deed of Trust and the Judgment. On behalf of our client, we are proving the following information.

With regard to your question concerning the payoff necessary to release both the Deed of Trust lien and the Judgment Lien against the Property, you may rely on the following information:

| | |
|---|---|
| Loan Principal | $   955,375.47 |
| Interest through July 12, 2021 | $   130,181.66 |
| Late Fees | $     5,930.85 |
| Other Charges/Fees | $   45,384.69 |
| Prepayment Penalty | $          0.00 |
| Lien Release Fee | $         51.00 |
| **Total Payoff through July 12, 2021** | **$1,136,923.67** |

*181,497.20* (handwritten)

Previous editions are obsolete

form HUD-1 (3/86) ref Handbook 4305.2

A. **Settlement Statement**

B. Type of Loan

U.S. Department of Housing and Urban Development
OMB Approval No. 2502-0265

| 1. ☐FHA | 2. ☐FmHA | 3. ☐Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4. ☐VA | 5. ☐Conv. Ins. | | 21-07-0001 | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.
WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U. S. Code Section 1001 and Section 1010.

TitleExpress Settlement System
Printed 07/12/2021 at 03:27 NEW

| | |
|---|---|
| D. NAME OF BORROWER: | GULF ONE L.L.C. |
| ADDRESS: | 4601 Columbia Pike, Arlington, VA 22204 |
| E. NAME OF SELLER: | MICHAEL J. ARMELLINO and LINDA M. ARMELLINO and ARMAC, INC. |
| ADDRESS: | 5811 Hampton Forest Way, Fairfax, VA 22030 |
| F. NAME OF LENDER: | John Marshall Bank |
| ADDRESS: | 1943 Isaac Newton Sq. #100, Reston, VA 20190 |
| G. PROPERTY ADDRESS: | 206, 208, & 210 Queen Street, Alexandria, VA 22314 |
| | Lots 500, 501, & 502 AWS Sub & Bus. Assets |
| H. SETTLEMENT AGENT: | Karpoff & Title |
| PLACE OF SETTLEMENT: | 1840 Wilson Blvd., Suite 205, Arlington, VA 22201 |
| I. SETTLEMENT DATE: | 07/15/2021 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 1,340,000.00 | 401. Contract sales price | 1,340,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 25,977.02 | 403. | |
| 104. | | 404. | |
| 105. Fund pledged account to JMB | 55,000.00 | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 1,420,977.02 | **420. GROSS AMOUNT DUE TO SELLER** | 1,340,000.00 |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | 100,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loans | 1,005,000.00 | 502. Settlement charges to seller (line 1400) | 79,724.50 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff:814253 to 7/20 | 1,139,017.67 |
| | | BURKE & HERBERT BANK & TRUST C | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. Del RE tax thru 1st 1/2 '21 | 52,297.69 |
| 208. | | 508. Payoff U.S. Foods | 728.33 |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes   07/01/21 to 07/15/21 | 662.70 | 510. City/town taxes   07/01/21 to 07/15/21 | 662.70 |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 1,105,662.70 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 1,272,430.89 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 1,420,977.02 | 601. Gross amount due to seller (line 420) | 1,340,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 1,105,662.70 | 602. Less reduction amount due seller (line 520) | 1,272,430.89 |
| **303. CASH FROM BORROWER** | 315,314.32 | **603. CASH TO SELLER** | 67,569.11 |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

GULF ONE L.L.C.

LINDA M. ARMELLINO          : CASE NO 20-12475-BFK
MICHAEL J. ARMELLINO        :           Chapter 11
        Debtor              :
                            :

## ORDER AUTHORIZING ATTORNEY'S FEES AND EXPENSES

THIS MATTER came on motion of the counsel for the debtors,
Richard G. Hall, for the entry of an Order authorizing his
attorney's fees and expenses incurred from October 28, 2020 to
June 30, 2021, and upon the certification of the applicant, and
upon proper notice to all interested parties, and it appearing
otherwise reasonable, it is hereby

ORDERED that fees and expenses of $70,907.70, including
133.70 hours of attorney's time for $63,507.50, and expenses of
$7,400.20, are approved, and that the applicant may draw on the
$10,000.00 retainer held from the time of filing to cover that
much of the amount approved, and collect the balance from the
debtors directly.

SIGNED this        day of        2021

Jul 28 2021                    /s/ Brian F Kenney
                         _____
                          Hon. Brian F. Kenney
                          UNITED STATES BANKRUPTCY JUDGE

                    Entered On Docket: July 28, 2021

*RECEIVED in the mail 2/22/22 in the copy of Envelope*

0739                    31008030769012

RICHARD G. HALL
ATTORNEY AT LAW
601 KING STREET, No. 301
ALEXANDRIA, VIRGINIA 22314

Linda Armellino
Michael Armellino
5811 Hampton Forest Way,
Fairfax, VA, 22030



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In Re:                          :
                                :
LINDA M. ARMELLINO              :        CASE NO 20-12475-BFK
MICHAEL J. ARMELLINO            :        Chapter 11
                                :
        Debtors                 :
                                :

## CERTIFICATION OF FEES AND EXPENSES

Administrative:

| Date | Description | Hours |
|---|---|---|
| 10/28/20 | Meet with M. Armellino and discuss situation *meet & greet* | 1.00 |
| 11/03/20 | Meet with M. Armellino and discuss case *dropped off IDA notice* | .50 |
| 11/04/20 | Download and review deeds and sort out ownership | .40 |
| 11/04/20 | Email to M.Armellino re chapter to file | .10 |
| 11/04/20 | Email to M.Armellino request for documents | .10 |
| 11/05/20 | Review emergency petition prior to client signing, decide how to characterize trade creditors on Schedule F | 1.20 |
| 11/05/20 | Meet with clients and go over procedure for emergency petition, get information needed, set time for next day, explain requirement monthly reports and DIP account, discuss using Art Lander as accountant and Steve Karbelk as sales agent, give Karbelk's number | 1.40 |
| 11/06/20 | File emergency petition | .50 |
| 11/06/20 | File credit counseling certificate | .20 |

| | | |
|---|---|---|
| 11/06/20 | Email L. Armellino and advise of filing and notice to Burke & Herbert | .10 |
| 11/06/20 | Email acknowledgment fr. M.Yeager | .10 |
| 11/06/20 | Prepare Application for Employment with Notice and Declaration, file, check service list, and serve all interested parties | 1.40 |
| 11/06/20 | Email to Linda Armellino and ask her to call Art Lander and explain who he is | .20 |
| 11/09/20 | Review tax returns to try to determine tax basis of Queen St. properties | .30 |
| 11/09/20 | Email fr. H.Acevedo re IDI, review and save IDI requests, reply that I have a conflict proposed IDI date | .40 |
| 11/09/20 | Note deadline for petition in Ct. email | .10 |
| 11/09/20 | Email to H.Acevedo re debtor's email and IDI | .20 |
| 11/09/20 | Prepare draft application for sales agent (Karbelk), and send with information on tax basis for Queen St. properties | 1.00 |
| 11/10/20 | Respond to email fr. S.Karbelk explain status and need for Armac in employment agreement, discuss listing price | .40 |
| 11/10/20 | Review VA SCC status of Armac, call debtor | .20 |
| 11/10/20 | Get declaration back from S.Karbelk, add /s/ file copy | .20 |
| 11/11/20 | Email debtors and alert that Burke and Herbert has a confessed judgment with 20% attorney's fees, alert that Armac has been suspended, ask that they call | .30 |
| 11/11/20 | Download and review insurance information sent by debtor | .30 |
| 11/11/20 | Send IDI documents to H.Acevedo, 2 emails with attachments | .40 |

| | | |
|---|---|---:|
| 11/11/20 | prepare Notice of Application and file with Application to employ Karbelk, with with attachments, serve all parties by mail | 1.50 |
| 11/11/20 | Email fr. Art Lander re tax issues and refinancing | .20 |
| 11/12/20 | Email to client re suspension of Armac and judgment by Burke & Herbert, reply and response (3 emails) | .30 |
| 11/12/20 | Email to L.Lickstein re IDI documents, attach what has already been sent, list what is still needed | .30 |
| 11/12/20 | 4 emails and responses to/fr S. Karbelk re listing price, items belonging to Armac, broken window, security of location, marketing plan | .50 |
| 11/13/20 | Note and save 341 meeting Notice | .10 |
| 11/13/20 | Email fr. Art Lander re Employment Application | .10 |
| 11/13/20 | Note appearance of J.Frankel | .10 |
| 11/16/20 | Review and file POC fr. Cap. One Bank | .20 |
| 11/16/20 | Email fr. H.Acevdo re remote appearance at 341 meeting, forward to client, note links, and respond | .40 |
| 11/16/20 | Discuss employment Agreement with Art Lander | .30 |
| 11/17/20 | Prepare for IDI, check documents sent, remind client | .60 |
| 11/19/20 | Review prior emails with attachments re IDI documents, review insurance certificates, mail to H.Acevedo for IDI | .50 |
| 11/20/20 | Review schedules, make corrections, review with client and file, prep for IDI | 1.30 |
| 11/20/20 | Participate in IDI, discuss case afterward | 1.10 |
| 11/20/20 | Review IRS POC and save | .30 |
| 11/20/20 | Send documents to H.Acevedo re IDI requests | .40 |

11/20/20  Review Employment Application fr. Art Lander,    1.00
          prepare Notice, file, check mailing list,
          copies and mail to all parties

11/20/20  Review petition for M. Armillino                  .80

11/23/20  Review emails fr. M.Armellino                     .30

11/23/20  Meet with M. Armellino, review petition, file    1.20
          petition

11/23/20  Email fr. Art Lander's office re operating        .30
          reports nd DIP account, respond

11/24/20  2 emails and responses back fr/to Art Lander      .30
          re appointment and monthly reports

11/24/20  3 emails fr. H.Acevedo re IDI with link for       .30
          remote participation

11/24/20  Start gathering documents for IDI                 .50

11/24/20  File credit counseling certificate for            .20
          M.Armellino

11/24/20  3 emails to/fr L. Lickstein re organizing         .30
          documents foir M.Armellino IDI

11/24/20  Prepare application for employment, prepare      1.20
          declaration, file ECF, make copies, and mail
          to all parties

11/24/20  Prepare Application for Employment for           1.00
          Art Lander, get declaration signed, prepare
          Notice, make copies and include in

11/24/20  File M.Armellino Debtor Credit Counseling         .20

11/24/20  2 emails from to L.Lickstein re documents for     .30
          M.Acevedo IDI

11/24/20  Prepare application for employment as debtor's   1.20
          counsel, prepare declaration and notice, check
          service list, file and send out notices

11/24/20  Prepare application for Lander for                .80
          M.Armellino, file and serve

11/24/20  2 emails fr/to Art Lander re application          .20

| Date | Description | Hours |
|---|---|---|
| 11/24/20 | Note proposed date for M.Armellino 341, email H.Acevedo after checking rules re time frame for 341 | .40 |
| 11/24/20 | Email to S.Karlbeck re M.Armellino filing | .20 |
| 11/24/20 | Review and email material fr. L.Lickstein to H.Acevedo re M.Armellino IDI | .40 |
| 11/25/20 | Email to S.Karlbeck re Queen St. | .20 |
| 11/25/20 | Email to L.Armellino reminding of 341 | .10 |
| 11/25/20 | Organize material for L.Armellino 341 | |
| 11/27/20 | Prepare application for S.Karlbeck in L.Armellino case, prepare declaration and email to Karbelk | .80 |
| 11/27/20 | Receive executed declaration back fr. S.Karbelk | .10 |
| 11/30/20 | Receive and review listing agreement for Queen St. | .20 |
| 11/30/20 | Discuss 341 date for M.Armellino with J.Frankel via telephone, discuss rule on timing | .30 |
| 11/30/20 | 4 emails fr/to H.Acevedo re rescheduled 341 for M.Armillino, and Teams link for IDI | .40 |
| 11/30/20 | Email to M.Armeillino re 341 meeting | .10 |
| 11/30/20 | Email to L.Armillino re her 341 meeting/ with follow-up telephone call | .30 |
| 11/30/20 | Email fr H.Acevedo conforming rescheduled 341 for M.Armellino | .10 |
| 11/30/20 | Note failure to prosecute notices re orders | .10 |
| 12/01/20 | Email to H.Acevedo confirming new date for M.Armellino 341 | .10 |
| 12/01/20 | Email to M.Armellino conforming new 341 date | .10 |
| 12/01/20 | Prepare and send via BOPS order for S.Karbeck appointment (L.Armellino) | .40 |

12/01/20  Prepare application and notice for S.Karlbelk    .70
          in M.Armellino case, file

12/01/20  Mail out notices for Karbelk application in      .40
          M.Armellino case

12/01/20  Email to L.Armellino followed by T/C to prepare  .30
          for 341

12/01/20  Emails (3) to and from S.Karbelk re marketing    .30
          Queen st.

12/01/20  Send SS verification and ID for  M.Armelllino    .20
          to H.Acevedo

12/01/20  Receive and send to H.Acevedo Form 1 and voided  .20
          DIP check to H.Acevedo

12/01/20  Emails (2) to/from L.Licjstein re M.Armellino    .20
          ID documents

12/02/20  Receive and archive Teams links fr. H.Acevedo    .30
          for M.Armellino IDI and 341

12/02/20  Check M.Armellino Matrix for accuracy            .30

12/02/20  Prepare for 341 in L.Armellino case, organize    .50
          documents

12/02/20  Prepare and send order for S.Karbelk in          .50
          L.Armillno case to BOPS

12/03/20  Attend 341 meeting for L.Armellino, discuss     1.20
          with her afterward

12/03/21  Attend IDI for M.Armellino                      1.00

12/03/20  Discuss documents requested at M.Armellino IDI   .20
          with L.Lickstein

12/04/20  Send documents requested at IDI to H.Acevedo     .30

12/07/20  Review and pay invoice fr. L.Lickstein re        .30
          paralegal work in Armellino cases

12/07/20  Review ccs of 2 emails from Karbelk to Yeager    .10

12/07/20  Receive email fr. J.Frankel re insurance
          cancellation Armellino cases, email and call
          L.Armellino, explain urgency, receive copy of        .60
          new insurance verification, send to J.Frankel
          with explanation

12/07/20  Send copy of Queen St. insurance certification       .10
          to M.Yeager

12/07/20  Review and file M.Armellino schedules ECF           1.00

12/08/20  Emails (2) to/fr M.Yeager re Queen St. listing       .20

12/10/20  Prepare orders in M.Armellino case for
          appointment of counsel, accountant and sales        1.20
          agent and send to court via BOPS

12/10/20  Email to M.Armellino and response re Queen St.       .20
          utility status

12/14/20  T/C discussion with A.Lander re tax basis for        .40
          Queen St. properties, check returns to confirm

12/14/20  Email to S.Karbelk re tax basis for Queen St.        .10

12/14/20  Send 3 administrative orders to J.Frankel for        .20
          endorsement

12/15/20  Follow-up email to J.Frankel re orders               .10

12/15/20  T/C with J.Frankle re Lander Declaration             .30

12/15/20  Email to A.Lander re change to his declaration       .40
          prepare and send amended copy for signature

12/15/20  Receive 2 order back from J.Frankle, send to         .30
          ct. via BOPS

12/15/20  Receive back amended declaration from A.Lander,      .20
          send to J.Frankle

12/15/20  File Amended declaration ECF                         .20

12/15/20  Receive endorsed Lander order from J.Frankle,        .30
          send to Ct. via BOPS

12/16/20  Note and save entered employment orders              .20

12/17/20  2 emails and discussion with A.Lander re             .30
          intangible property of debtor for sale

12/17/20 Email and follow-up T/C with S.Karbelk re          .40
         title report and Burke & Herbert claim

12/18/20 Review and archive Discover proof of Claim         .20

12/21/20 Email to A.lander re consolidating cases           .10

12/21/20 3 emails fr/to S.Karbelk re Burke & Herbert        .30
         payoff

12/22/20 Review redact and file monthly report             .50

12/22/20 Review and archive 2 Proofs of Claim filed by     .50
         the City of Alexandria, alert S.Karbelk re
         property tax claim, compare with schedules,
         archive

12/22/20 3 Emails fr/to A.lander re taxes and periodic     .30
         reports

12/23/20 3 emails fr/to A.Lander re tax issues and Armac   .40

12/28/20 Review redevelopment Opinion Letter sent by       .20
         S.Karbelk

12/28/20 4 emails to/fr. S.Karbelk re Queen St. tax basis .40

12/28/20 2 emails to A.Lander re Queen St and tax returns .30

12/29/20 Review A.lander email re Queen St tax issues      .20

12/29/20 Email to M.Armelllino to set up meeting           .10

12/30/20 Email fr. S.Karbelk re pricing, review            .10

12/30/20 2 emails fr. A.landers re tax returns, note       .10

12/05/21 Email fr. S.Karbelk moving meeting, note          .10

01/06/21 Meeting with clients to discuss Queen St.         1.00
         and prepare for 341  NO meetings

01/07/21 Attend 341 meeting for M.Armellino, discuss      1.40
         case afterward

01/07/21 2 emails with M.Yeager re 341 meeting            .20

01/19/21 T/C S.Karbelk re Queen St. activity              .30

| Date | Description | Time |
|---|---|---|
| 01/20/21 | Prepare 2 motions to consolidate, check and compare schedules, note differences in creditors (minimal) check rules and case law, prepare notices of hearings, file all ECF, mail out motions and notices | 2.50 |
| 01/21/21 | Review, redact, and file 2 operating reports | .60 |
| 01/21/21 | Review, scan, and forward letter from Wells Fargo to Armellinos, with comment | .30 |
| 01/25/21 | Prepare and send 2 Zoom requests for hearings on motions to consolidate, receive and archive links | .50 |
| 01/28/21 | 6 emails fr. clients re Debtor Education course | .40 |
| 01/28/21 | Email discussion with S.Karbelk re potential offer (4 emails) for Queen St. | .30 |
| 01/28/21 | Email to M.Yeager re Queen St. marketing | .10 |
| 01/29/21 | Receive debtor education certificate from clients, file both ECF | .30 |
| 01/29/21 | Emails to clients re certificate filing | .10 |
| 02/01/21 | Email discussion (3 emails) with A.Lander and S.Karbelk re Queen St. offer | .30 |
| 02/03/21 | Note reassignment of case, email to inform clients | .20 |
| 02/04/21 | Email fr. S.Karbelk re Queen St. broken lock, call client | .20 |
| 02/08/21 | 2 emails and responses fr/to A.Lander re financing | .30 |
| 02/08/21 | 2 emails and response to/fr A.Lander re split between sale of Queen St. buildings and restaurant equipment | .30 |
| 02/09/21 | Attend by Zoom hearing on consolidation | .70 |
| 02/09/21 | Prepare order on consolidation and send to J.Frankel for endorsement | .60 |
| 02/09/21 | Cal A.Lander to set up meeting with clients | .20 |
| 02/09/21 | Email clients to set up meeting with A.Lander | .10 |

| | | |
|---|---|---|
| 02/10/21 | Receive endorsed orders fr. J.Frankel | .20 |
| 02/11/21 | Email fr. client re meeting | .10 |
| 02/14/21 | Emails (2) fr. client re rescheduling meeting | .20 |
| 02/14/21 | Email fr. S.Karbelk re potential offer for kitchen equipment | .10 |
| 02/16/21 | Revise consolidation orders, send to J.Frankel for endorsement | .40 |
| 02/17/21 | 2 emails fr. S.Karbelk re showings and price recommendation | .30 |
| 02/17/21 | Receive endorsed order on consolidation fr. J.Frankel, send to Ct. via BOPS | .30 |
| 02/18/21 | Email fr. S.Karbelk re price reduction | .10 |
| 02/19/21 | Prepare and file motion to extend exclusivity period with notice of hearing, mail to all parties | 1.30 |
| 02/22/21 | Email fr. S.Karbelk re marketing activity | .10 |
| 02/22/21 | Review Armac tax returns prepared by A.Lander | .30 |
| 02/23/21 | 4 emails fr/to S.Karbelk re new offer and acceptance | .40 |
| 02/24/21 | review email fr. A.Lander re tax questions | .20 |
| 02/24/21 | Email to A.Lander to inform of new offer, ask tax question and how to apportion real estate from persona property owned by ARMAC | .30 |
| 02/25/21 | Send fully signed copy of contract to M.Yeager with comments | .30 |
| 02/25/21 | T/C A.Lander re split between debtor's and ARMAC on sale | .30 |
| 02/25/21 | Email to S.Karbelk re apportionment of proceeds between debtors and ARMAC | .20 |
| 02/25/21 | Review, redact, and file 2 operating reports | .50 |

| Date | Description | Time |
|---|---|---|
| 02/26/21 | Set up phone meeting with A.Lander and clients email and T/C | .30 |
| 02/26/21 | Email fr/to M.Yeager re timing of settlement | .20 |
| 02/26/21 | Email fr. H.Acevedo re tax returns, call A.Lander | .20 |
| 03/01/21 | Recover, scan, and send 2018 tax return to H.Acevedo, per request | .30 |
| 03/01/21 | Email fr. H.Acevedo re ARMAC traxes | .10 |
| 03/03/21 | Email fr. A.Lander re Student loan | .10 |
| 03/04/21 | Prepare and send Zoom request for 3/9 hearing | .30 |
| 03/05/21 | Email fr. A.Lander re tax returns | .10 |
| 03/08/21 | Email discussion with S.Karbelk re title report sent, discuss City of Alex tax claim | .30 |
| 03/09/21 | Appearance at motion to extend time (Zoom) | .70 |
| 03/09/21 | Prepare order on motion to extend exclusivity period, send to J.Frankle for endorsement | .50 |
| 03/10/21 | Receive endorsed order and send via BOPS | .30 |
| 03/10/21 | T/C fr. S.Karbelk re issues with buyer and names of restaurant contractors | .30 |
| 03/10/21 | Email clients to call | .10 |
| 03/10/21 | T/C with M.Armellino re buyer's request for operating information | .30 |
| 03/10/21 | Email discussion with S.Karbelk re information requested by buyer and client's response (2 emails) | .30 |
| 03/10/21 | 3 emails with A.Lander re tax issues | .30 |
| 03/10/21 | 2 emails fr/to T.Pika re tax returns | .20 |
| 03/22/21 | Review, redact and file monthly operating reports (2) | .50 |
| 03/22/21 | Email clients to remind about redaction | .10 |

| | | |
|---|---|---|
| 03/22/21 | Email fr. S.Karbelk re walk-in freezer | .10 |
| 03/24/21 | 6 emails fr. A.Lander re tax returns | .30 |
| 03/25/21 | 2 emails fr. A.Lander with draft tax return, review | .30 |
| 04/06/21 | Email to clients, S.Karbelk, and A.Lander re apportionment of proceeds between estate and ARMAC, follow-up T/C with A.Lander | .50 |
| 04/09/21 | Send Zoom request for hearing | .30 |
| 04/14/21 | Email discussion with client re appearance at sale hearing (4 emails) | .30 |
| 04/16/21 | Email to client re sale hearing, relay court's comments | .30 |
| 04/16/21 | Receive endorsed order fr. M.Yeager, send to court via BOPS | .40 |
| 04/19/21 | Download entered sale order, send copy to S.Karbelk and settlement agent | .30 |
| 04/19/21 | Email to S.Karbelk re ARMAC proceeds, follow with T/C to discuss timing of settlement | .40 |
| 04/20/21 | Review, redact, and file March operating reports | .50 |
| 04/20/21 | Prepare and send Zoom request for 4/28 | .30 |
| 04/21/21 | Email fr. H.Acevedo re operating report and overdue quarterly fee, email discussion with clients re issues and fee (5 emails) | .40 |
| 04/21/21 | Review email fr. A.Lander re ARMAC proceeds | .10 |
| 04/26/21 | Note A.Lander Email re payables fr. ARMAC | .10 |
| 04/26/21 | T/C with A.Lander re ARMAC payables and apportionment of sale proceeds | .40 |
| 04/27/21 | Check with S.Kabelk re seller opt out, check contract and calculate date | .30 |
| 04/27/21 | 2 emails to/f M.yeager re status of contract opt out date | .30 |

04/27/21  Email discussion with M.Yeager, H.Acevedo and          .60
          clients re pmt of quarterly fees and insurance
          or Queen St., receive proof of both fr. client
          and send to H.Acevedo and M.Yeager

04/29/21  T/C with A.Lander re apportionment of sale             .40
          proceeds between real property and restaurant
          equipment, and related tax issues

04/29/21  T/C S.Karbelk re amount to apportion to               .30
          restaurant equipment, he will contact buyer's
          agent

05/07/21  Email and T/C with S.Karbelk, buyer backing out      .40
          discuss options, discuss relief from stay,
          new prospects

05/10/21  Review and approve release, send email to            .20
          S.Karbelk

05/10/21  Email discussion with S.Karbelk (6 emails) re        .50
          re-marketing property, relief from stay,
          extending listing, new prospects

05/10/21  T/C with S.Karbelk re Queen St. marketing,           .30
          forfeited deposit, and appearance at relief
          motion

05/10/21  Email discussion with clients re loss of buyer,      .40
          release of buyer, forfeited deposit, payment of
          deposit to Burke & Herbert

05/11/21  Send release to clients                              .10

05/11/21  2 emails fr/to S.Karbelk re release and              .20
          marketing Queen St.

05/11/21  Prepare and submit Zoom request for 5/28             .30

05/11/21  2 emails fr/to S.Karbelk re transmittal of           .20
          deposit

05/14/21  T/C with A.Lander to discuss ARMAC and               .30
          transfer of Queen St.

05/17/21  Review, redact, and file two April operating         .50
          reports

06/07/21  Catch up on all emails since 5/26                    .40

| Date | Description | Time |
|------|-------------|------|
| 06/07/21 | T/C S.Karbelk, buyer cannot get Queen St. appraised, wants to reduce price, ask for counter | .30 |
| 06/07/21 | Email clients with news re buyer | .20 |
| 06/07/21 | prepare and submit Zoom request for 6/15 | .30 |
| 06/08/21 | Email clients re payment of deposit to Burke & Herbert | .20 |
| 06/09/21 | T/C M.Yeager re new price and deposit | .30 |
| 06/09/21 | Receive new addendum fr. S.Karbelk, review call to ask questions | .30 |
| 06/09/21 | Email clients re new addendum | .20 |
| 06/09/21 | T/Clients re new addendum and relief from stay | .20 |
| 06/11/21 | Meet with clients to discuss addendum and case | .50 |
| 06/15/21 | Call S.Karbelk to discuss settlement date | .20 |
| 06/16/21 | Email clients re result of sale motion | .20 |
| 06/17/21 | Send copy of entered order to S.karbelk for distribution | .20 |
| 06/21/17 | Email fr. S.Karbelk re condition of interior | .10 |
| 06/23/21 | Review, redact, and file May operating reports | .50 |
| 06/24/21 | Email to clients and response re air conditioning | .20 |
| 06/30/21 | Prepare fee Application, prepare Notice of Hearing, make copies and mail to all parties | 2.20 |

Total  ........................................  93.30

Claims:

| Date | Description | Time |
|------|-------------|------|
| 11/06/20 | Email M.Yeager, counsel for Burke & Herbert bank and advise of filing | .30 |

```
11/09/20 T/C with M.Yeager (Burke & Herbert Bank)  re          .40
         re case, discuss B&H claim, learn of confessed
         judgement, discuss Burke & Herbert attorney's
         fees and what to estimate their payoff should
         be, discuss plan to sell, discuss timing,
         discuss relief from stay

11/10/20 Review Confession of Judgment sent by                 .20
         M.Yeager

11/12/20 Review and save Wells Fargo POC                       .20

11/12/20 Email to client re Burke & Herbert judgment           .20

12/02/20 Prepare Special Notice of Need to File Claims        1.00
         in L.Armellino case, mail to creditors

12/02/20 Prepare Certificate of Service for Special            .40
         Notice and file ECF

12/03/20 Review and archine newly filed claims in              .30
         L.Armellino case

12/03/20 Emails (2) fr/to M.Yeager re Armellino claim          .30

12/04/20 Emails (2) with M.Yeager re Burke & Herbert           .30
         claim and S.Karbelk

12/16/20 Note and archive Was Gas Proof of Claim               .20

12/30/20 Review and analyze amended Proof of Claim             .30
         by City of Alexandria

01/07/21 Prepare and mail out notices of need to file         1.20
         proofs of claim for disputed creditors in
         M.Armellino case. Check schedules to confirm,
         and prepare and file certificate of service
         ECF

01/26/21 Review and archive 2 proofs of claim, Fairfax         .40
         and Virginia Tax. Compare VA Tax to schedules

01/26/21 Send copy of VA Tax POC to M.Armellino with           .10
         comment

02/05/21 Download and review motions for relief from the       .50
         filed by Burke & Herbert, email clients and call
         to discuss

02/09/21 Review and file POC filed by Burke & Herbert          .30
```

02/11/21 Review and file POCs (2) fr. Fairfax County          .20

02/16/21 T/C with S.Karbelk re Queen St. marketing and        .50
         Zoom appearance at relief from stay hearing,
         send Zoom forms

02/16/21 Request Zoom appearance for 2/24 relief from         .30
         stay

02/17/21 T/C with M.Yeager re lift stay motion                .40

02/17/21 Email and T/C with clients re Queen St. pricing      .30
         and stay motion

02/17/21 prepare and file answer to motion for relief,        .70
         mail a copy to M.Yeager

02/17/21 3 emails to M.Yeager re service deficiency in        .40
         relief from stay motion, cite rule

02/23/21 Organize and file marketing brochure fr.             .40
         S.Karbelk as exhibit, ECF

02/23/21 4 emails to/fr M.Yeager re new offer and             .30
         appearance at hearing

02/23/21 Prepare for lift stray hearing                       .50

02/24/21 Attend lift stay hearing via Zoom                   1.20
         discuss case and new offer afterward with
         clients

03/01/21 Download Kenny Produce POC, check against            .30
         schedules, send a copy to clients with comment

03/01/21 Resend contract to M.Yeager, with comment on         .20
         settlement date

03/01/21 2 emails fr/to L.Armellino re Kenny POC and          .20
         claims deadline

03/01/21 Email discussion (8 emails) between S.Karbelk        .50
         A.Pamnipour (settlement agent) re City of
         Alexandria tax claim and settlement issues

03/01/21 Do analysis of claims in case (both claims           .70
         registers and both schedules) tabulate, and
         email to clients

03/02/21 Review Kenny Produce contract per client's           .40
         question concerning differing amount, reconcile
         scheduled amount with POC, email client with
         explanation

04/26/21 5 Emails re discussion of ARMAC payables and          .50
         city of Alex tax claim

04/28/21 Attend hearing on relief from stay (Zoom)            .60

05/26/21 Appearance at hearing on relief from stay            .60

05/26/21 Prepare order fr. hearing and send to M.Yeager       .50
         for endorsement

06/14/21 T/C S.Karbelk, prepare for hearing                   .30

06/14/21 T/C M.Yeager to discuss hearing                      .30

06/14/21 Prepare for hearing, work out probable Burke        1.20
         & Hebert claim from proof of claim,
         extrapolating *per diem* interest, adding in
         20K deposit, work out cost of sale, review
         City of Alexandria claim to get property tax,
         extrapolate to estimated settlement date,
         estimate cost of sale, write out scratch
         calculations to determine net from sale,
         organize documents

06/15/21 Hearing on sale motion                               .60

06/15/21 Prepare order on sale motion and send to            .50
         M.Yeager

06/16/21 Send endorsed order to court via BOPS               .20

06/17/21 T/C M.Yeager re Burke & Herbert claim              .30

06/23/21 Email and response fr/to S.Karbelk re City          .20
         of Alexandria tax claim

         Total ........................................  19.90

Plan:

| Date | Description | Hours |
|---|---|---|
| 11/10/20 | Email fr. S.Karbelk, met with debtor, relate discussion with debtor re price, give changes in application wanted, discuss Armac and how ownership of fixtures affects sale | .30 |
| 12/02/20 | Emails (2) to/fr S.Karbelk re Queen St. marketing and photos | .20 |
| 12/04/20 | Email discussion (5 emails) with S.Karbelk re Marketing Queen St., Queen St. photos, Burke & Herbert claim, authorize communication with M.Yeager | .50 |
| 12/11/20 | 2 emails fr. S.Karbek re listing and property summary for marketing brochure | .20 |
| 12/12/20 | Email fr. S.Karbelk with Queen St. brochure review for accuracy | .30 |
| 12/29/20 | Email discussion (8 emails and responses) with S.Karbelk re A.Lander analysis and price for Queen St properties | .70 |
| 02/23/21 | Receive full-price offer fr. S.Karbelk, call to discuss | .40 |
| 03/01/21 | Draft Motion for sale and send copy to S.Karbelk and A,Lander for comment | .90 |
| 03/01/21 | Email discussion with S.Karbelk and A.Lander re sales motion and resturant equip. owned by Armac | .30 |
| 03/02/21 | Prepare final motion for sale, prepare exhibits, prepare notice of motion, file ECF and mail out copies | 1.50 |
| 03/02/21 | Email copy of filed motion, exhibits and motion to S.Karbelk | .20 |
| 03/03/21 | Prepare and file amended motion, email to S.Karbelk | .50 |
| 04/15/21 | T/C with S.Karbelk re sale hearing | .40 |
| 04/15/21 | T/C with M.Yeager re sale motion | .30 |

04/15/21 Prepare draft order approving sale and send to      .50
         M.Yeager for review

04/16/21 6 emails fr/to M.Yeager re hearing                  .30

04/16/21 Attend hearing on motion to sell via Zoom           .80

04/16/21 Correct order and send to M.Yeager for             .60
         endorsement, send copy to J.Frankel

04/28/21 4 emails fr/to S.Karbelk re Queen St sale and       .40
         settlement issues

05/04/21 T/C S.Karbelk re buyer unable to settle as          .40
         planned SBA delay, need addendum to include
         cost of delay

05/04/21 Email to client re settlement delay                 .10

05/04/21 Go to Burke & Herbert POC and calculate per        .50
         diem added interest, look for other charges,
         inc. property tax and insurance, calculate
         figure for delay damage

05/04/21 Email to S.Karbelk re damages for addendum          .20

05/04/21 T/C S.Karbelk re addendum to extend settlement      .30

05/06/21 Review emails fr. 5/5 between S.Karbelk and         .20
         M.Yeager

05/06/21 T/C S.Karbeck re addendum and Burke & Herbert       .30
         position re delay

05/06/21 Receive proposed addendum from S.Karbelk,           .30
         review and call to discuss

05/13/21 Extended email discussion (15 emails) with         .80
         S.Karbelk re new contract, review new contract,
         discuss counteroffer, discuss timing of new
         contract re relief from stay date

05/13/21 T/C with S.Karbelk re new offer and counter        .20

05/14/21 Email to clients re new contract                   .20

05/14/21 Email discussion with S.Karbelk re new contract    .40
         and when motion to approve needs to be filed,
         ans grand fathered zoning of Queen St. (5 emails)

05/17/21 T/C client re new contract                          .20

05/17/21 Emails (2) with A.Raminpour re draft ALTA for       .20
         sale motion

05/17/21 Meet with client, execute new contract, discuss     .50
         case

05/17/21 Prepare motion to approve sale, prepare            1.30
         exhibits, prepare exhibits, prepare notice,
         file all ECF, mail out to parties

05/17/21 2 Emails to/fr M.Yeager re new sale motion          .20

05/25/21 Check docket for activity                           .30

06/10/21 T/C S.Karbelk, need his appearance at relief        .30
         from stay hearing, discuss if any other offers
         possible, discuss addendum

06/11/21 Email to S.Karbelk re addendum and clients          .10
         acceptance, ask if other offers possible

06/11/21 Receive executed addendum fr. S.Karlbeck,           .40
         file as an exhibit to sale motion


    Total ........................................  16.80


Financing:

01/07/21 T/C with A.Lander re possible financing             .30

01/07/21 Email discussion with A.Lander and S.Karbelk        .30
         re possible financing

01/07/21 Further email discussion with A.lander and          .40
         S.Karbelk re financing options

01/17/21 2 emails and follow up T/C with A.Lander re         .40
         PPE loans and Armac status

01/21/21 Email to Art Lander re financing                    .10

02/08/21 T/C A.Lander re tax issues and financing            .30

02/15/21  Meet with clients and A.Lander, discuss tax        1.20
          on investment property, discuss Armac, discuss
          financing options, later discuss case with
          clients, including relief from stay and
          Queen St. financing options

05/07/21  Email fr. S.Karbelk re buyer's problems, follow    .40
          with T/C, discuss funding options for buyer

05/07/21  T/C L.Lickstein re alternate SBA funding for       .30
          buyer

     Total ........................................   3.70


Administrative:   93.30
Claims            19.90
Plan              16.80
Financing          3.70

Total all        133.70

133.70 hours @ $475.00 per hour ............. $63,507.50


Expenses:

     Paralegal (attached)              $ 3,406.00
     Postage                              185.90
     Copies (1,872 copies @ .20 ea.)      374.30

Filing Fees:

L.Armillino                           $ 1,717.00
M.Armillino                             1,717.00

     Total Expenses ........................$ 7,400.20


/s/ RICHARD G. HALL
Richard G. Hall, Esquire
Counsel for the debtors
601 King Street, Suite 301
Alexandria, Virginia  22314
(703)256-7159
Va Bar No. 18076