UNITED STATES BANKRUPTCY COURT

________ DISTRICT OF ________

Clear All Fields

Save

In Re. Linda + Michael Amellini
Debtor(s)

§
§
§
§

Case No. 20-12475

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: December 2021

Petition Date: ________

Months Pending: 0

Industry Classification: ☐☐☐☐

Reporting Method: Accrual Basis ◯ Cash Basis ◯

Debtor's Full-Time Employees (current): ________

Debtor's Full-Time Employees (as of date of order for relief): ________

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

[signature]
Signature of Responsible Party

12/20/2021
Date

Linda Amellino Michael Amellino
Printed Name of Responsible Party

5811 Hampton Forest Way Fairfax VA 22030
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Save Case No.

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | 101.19 | |
| b. Total receipts (net of transfers between accounts) | | |
| c. Total disbursements (net of transfers between accounts) | | |
| d. Cash balance end of month (a+b-c) | | |
| e. Disbursements made by third party for the benefit of the estate | | |
| f. Total disbursements for quarterly fee calculation (c+e) | | |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | |
| c. Inventory (Book ◯ Market ◯ Other ◯ (attach explanation)) | |
| d Total current assets | |
| e. Total assets | |
| f. Postpetition payables (excluding taxes) | |
| g. Postpetition payables past due (excluding taxes) | |
| h. Postpetition taxes payable | |
| i. Postpetition taxes past due | |
| j. Total postpetition debt (f+h) | |
| k. Prepetition secured debt | |
| l. Prepetition priority debt | |
| m. Prepetition unsecured debt | |
| n. Total liabilities (debt) (j+k+l+m) | |
| o. Ending equity/net worth (e-n) | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | | |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | | |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | | |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | | |
| c. Gross profit (a-b) | | |
| d. Selling expenses | | |
| e. General and administrative expenses | | |
| f. Other expenses | | |
| g. Depreciation and/or amortization (not included in 4b) | | |
| h. Interest | | |
| i. Taxes (local, state, and federal) | | |
| j. Reorganization items | | |
| k. Profit (loss) | | |

Debtor's Name | Save | Case No.

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| Add | | Firm Name | Role | | | | |
| Delete | i | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| Add | | Firm Name | Role | | | | |
| Delete | i | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | | |
| b. | Postpetition income taxes paid (local, state, and federal) | | |
| c. | Postpetition employer payroll taxes accrued | | |
| d. | Postpetition employer payroll taxes paid | | |
| e. | Postpetition property taxes paid | | |
| f. | Postpetition other taxes accrued (local, state, and federal) | | |
| g. | Postpetition other taxes paid (local, state, and federal) | | |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt? (if yes, see Instructions) Yes ○ No ○

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) Yes ○ No ○

c. Were any payments made to or on behalf of insiders? Yes ○ No ○

d. Are you current on postpetition tax return filings? Yes ○ No ○

e. Are you current on postpetition estimated tax payments? Yes ○ No ○

f. Were all trust fund taxes remitted on a current basis? Yes ○ No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) Yes ○ No ○

h. Were all payments made to or on behalf of professionals approved by the court? Yes ○ No ○ N/A ○

i. Do you have: Worker's compensation insurance? Yes ○ No ○

If yes, are your premiums current? Yes ○ No ○ N/A ○ (if no, see Instructions)

Casualty/property insurance? Yes ○ No ○

If yes, are your premiums current? Yes ○ No ○ N/A ○ (if no, see Instructions)

General liability insurance? Yes ○ No ○

If yes, are your premiums current? Yes ○ No ○ N/A ○ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? Yes ○ No ○

k. Has a disclosure statement been filed with the court? Yes ○ No ○

Click "Generate PDF" to Remove Watermark

Debtor's Name Save Case No.

1. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? Yes ☑ No ◯

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | |
| b. | Gross income (receipts) from self-employment | |
| c. | Gross income from all other sources | 14 925.00 |
| d. | Total income in the reporting period (a+b+c) | |
| e. | Payroll deductions | |
| f. | Self-employment related expenses | |
| g. | Living expenses | 10 338.02 |
| h. | All other expenses | |
| i. | Total expenses in the reporting period (e+f+g+h) | |
| j. | Difference between total income and total expenses (d-i) | 4688.17 |
| k. | List the total amount of all postpetition debts that are past due | |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ☑ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ◯ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

Click "Generate PDF" to Remove Watermark

Signature of Responsible Party

Linda Arnellus Michael Arnellus

Printed Name of Responsible Party

Title

Date

Save

Generate PDF for Court Filing and Remove Watermark



America's Most Convenient Bank®



LINDA M ARMELLINO
DIP CASE 20-12475 EDVA
5811 HAMPTON FOREST
FAIRFAX VA 22030-7254

Page: 1 of 5
Statement Period: Dec 01 2021-Dec 31 2021
Cust Ref #:
Primary Account #: 2446

## Chapter 11 Checking

LINDA M ARMELLINO
DIP CASE 20-12475 EDVA

Account # 446

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3.49 | Average Collected Balance | 6,416.13 |
| Electronic Deposits | 12,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 1,201.50 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 6,301.26 | Days in Period | 31 |
| Ending Balance | 4,500.73 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/08 | ACH DEPOSIT, *LINCOLN NAT LIF EFTPYMNT 5803815 | 12,000.00 |
| | Subtotal: | 12,000.00 |

**Checks Paid** No. Checks: 1 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 12/13 | 107 | 1,201.50 |
| | Subtotal: | 1,201.50 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/09 | TD ATM DEBIT, *****30084569300, AUT 120921 DDA WITHDRAW 6200 MULTIPLEX DRIVE CENTREVILLE * VA | 500.00 |
| 12/10 | DEBIT POS, *****30084569300, AUT 121021 DDA PURCH W/CB GIANT 0765 1230 WEST B FALLS CHURCH * VA | 124.61 |
| 12/10 | DEBIT CARD PURCHASE, *****30084569300, AUT 120921 VISA DDA PUR USPS PO 5116560151 CENTREVILLE * VA | 8.70 |
| 12/13 | DEBIT CARD PURCHASE, *****30084569300, AUT 121221 VISA DDA PUR GIANT 0744 CLIFTON * VA | 105.76 |
| 12/13 | DEBIT CARD PURCHASE, *****30084569300, AUT 121121 VISA DDA PUR GIANT 0744 CLIFTON * VA | 73.33 |
| 12/13 | DEBIT CARD PURCHASE, *****30084569300, AUT 121221 VISA DDA PUR GIANT 0744 CLIFTON * VA | 30.60 |
| 12/13 | DEBIT CARD PURCHASE, *****30084569300, AUT 120921 VISA DDA PUR WENDYS 6636 CENTREVILLE * VA | 26.65 |
| 12/13 | DEBIT CARD PURCHASE, *****30084569300, AUT 121121 VISA DDA PUR BURGER KING 13639 CENTREVILLE * VA | 22.97 |
| 12/13 | DEBIT CARD PURCHASE, *****30084569300, AUT 121021 VISA DDA PUR MCDONALD S F200 FAIRFAX * VA | 6.58 |
| 12/14 | DEBIT POS, *****30084569300, AUT 121421 DDA PURCH W/CB GIANT 0257 7575 LINTON GAINESVILLE * VA | 105.93 |

**TD Bank**
America's Most Convenient Bank®



LINDA M ARMELLINO
DIP CASE 20-12475 EDVA

Page: 3 of 5
Statement Period: Dec 01 2021-Dec 31 2021
Cust Ref #: [redacted]-###
Primary Account #: [redacted]2446

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/14 | DEBIT CARD PURCHASE, *****30084569300, AUT 121321 VISA DDA PUR POPEYES 12345 CLIFTON * VA | 11.54 |
| 12/15 | DEBIT CARD PURCHASE, *****30084569300, AUT 121321 VISA DDA PUR SHELL OIL 57543989107 CLIFTON * VA | 62.32 |
| 12/16 | DEBIT CARD PURCHASE, *****30084569300, AUT 121521 VISA DDA PUR HADEED CARPET CLEANING VIENNA * VA | 115.96 |
| 12/16 | DEBIT CARD PURCHASE, *****30084569300, AUT 121421 VISA DDA PUR CHICK FIL A 03113 FAIRFAX * VA | 17.79 |
| 12/16 | DEBIT CARD PURCHASE, *****30084569300, AUT 121421 VISA DDA PUR TACO BELL 036547 FAIRFAX * VA | 9.69 |
| 12/16 | DEBIT CARD PURCHASE, *****30084569300, AUT 121421 VISA DDA PUR WENDYS 6576 FAIRFAX * VA | 4.02 |
| 12/17 | DEBIT CARD PURCHASE, *****30084569300, AUT 121621 VISA DDA PUR WAL MART 5969 CHANTILLY * VA | 100.11 |
| 12/17 | DEBIT CARD PURCHASE, *****30084569300, AUT 121621 VISA DDA PUR TARGET 00013417 FAIRFAX * VA | 47.66 |
| 12/20 | DEBIT CARD PURCHASE, *****30084569300, AUT 121721 VISA DDA PUR BANNERS HALLMARK 27 BURKE * VA | 169.38 |
| 12/20 | DEBIT CARD PURCHASE, *****30084569300, AUT 121721 VISA DDA PUR VIOC DV0004 CENTREVILLE * VA | 120.07 |
| 12/20 | DEBIT CARD PURCHASE, *****30084569300, AUT 121921 VISA DDA PUR BELK 360 PREMIEW LANDIN ROANOKE RAPID * NC | 100.00 |
| 12/20 | DEBIT CARD PURCHASE, *****30084569300, AUT 121721 VISA DDA PUR WM SUPERCENTER 1502 ROANOKE RAPID * NC | 66.87 |
| 12/20 | DEBIT CARD PURCHASE, *****30084569300, AUT 121721 VISA DDA PUR EXXONMOBIL 97435507 CENTREVILLE * VA | 51.63 |
| 12/20 | DEBIT CARD PURCHASE, *****30084569300, AUT 121921 VISA DDA PUR WM SUPERCENTER 5343 FREDERICKSBUR * VA | 26.81 |
| 12/21 | DEBIT CARD PURCHASE, *****30084569300, AUT 121921 VISA DDA PUR SHELL OIL 57544421100 WELDON * NC | 56.27 |
| 12/22 | DEBIT POS, *****30084569300, AUT 122221 DDA PURCH W/CB WM SUPERC WAL MART SUP FAIRFAX W * VA | 576.41 |
| 12/22 | TD ATM DEBIT, *****30084569300, AUT 122221 DDA WITHDRAW 6200 MULTIPLEX DRIVE CENTREVILLE * VA | 400.00 |
| 12/22 | DEBIT CARD PURCHASE, *****30084569300, AUT 122121 VISA DDA PUR TARGET COM 800 591 3869 * MN | 317.65 |
| 12/23 | DEBIT POS, *****30084569300, AUT 122321 DDA PURCHASE TARGET T 13047 FAIR L FAIRFAX * VA | 420.59 |
| 12/23 | DEBIT CARD PURCHASE, *****30084569300, AUT 122221 VISA DDA PUR POPEYES 2735 ALEXANDRIA * VA | 28.93 |
| 12/23 | DEBIT CARD PURCHASE, *****30084569300, AUT 122121 VISA DDA PUR CHICK FIL A 03113 FAIRFAX * VA | 8.89 |
| 12/24 | DEBIT CARD PURCHASE, *****30084569300, AUT 122321 VISA DDA PUR GIANT 0788 CENTERVILLE * VA | 441.57 |

**TD Bank**

America's Most Convenient Bank®



LINDA M ARMELLINO
DIP CASE 20-12475 EDVA

Page: 4 of 5
Statement Period: Dec 01 2021-Dec 31 2021
Cust Ref #: [redacted]
Primary Account #: [redacted]2446

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/24 | DEBIT CARD PURCHASE, *****30084569300, AUT 122321 VISA DDA PUR GIANT 0744 CLIFTON * VA | 335.65 |
| 12/24 | DEBIT CARD PURCHASE, *****30084569300, AUT 122221 VISA DDA PUR U HAUL STORE 0079528 703 3696080 * VA | 245.80 |
| 12/24 | DEBIT CARD PURCHASE, *****30084569300, AUT 122321 VISA DDA PUR TOWING 95 AAA ROADSIDE STERLING * VA | 219.45 |
| 12/24 | DEBIT CARD PURCHASE, *****30084569300, AUT 122221 VISA DDA PUR SHELL OIL 57542188404 FALLS CHURCH * VA | 61.03 |
| 12/27 | DEBIT POS, *****30084569300, AUT 122621 DDA PURCHASE TARGET T 14391 CHANTI CHANTILLY * VA | 187.54 |
| 12/27 | DEBIT POS, *****30084569300, AUT 122721 DDA PURCH W/CB GIANT 0744 5740 UNION CLIFTON * VA | 134.83 |
| 12/27 | DEBIT CARD PURCHASE, *****30084569300, AUT 122621 VISA DDA PUR WALGREENS 10331 CENTREVILLE * VA | 118.69 |
| 12/27 | DEBIT CARD PURCHASE, *****30084569300, AUT 122621 VISA DDA PUR WM SUPERCENTER 2015 FAIRFAX * VA | 109.37 |
| 12/27 | DEBIT CARD PURCHASE, *****30084569300, AUT 122421 VISA DDA PUR GIANT 0744 CLIFTON * VA | 96.92 |
| 12/28 | DEBIT CARD PURCHASE, *****30084569300, AUT 122721 VISA DDA PUR DEPARTMENT MOTOR VEHICLE 804 4977100 * VA | 72.50 |
| 12/28 | DEBIT CARD PURCHASE, *****30084569300, AUT 122721 VISA DDA PUR MCDONALD S F200 FAIRFAX * VA | 6.58 |
| 12/29 | DEBIT POS, *****30084569300, AUT 122921 DDA PURCH W/CB CVS PHARMACY 01 01416 CENTREVILLE * VA | 87.26 |
| 12/29 | DEBIT CARD PURCHASE, *****30084569300, AUT 122821 VISA DDA PUR ACT NOVAPARKS 703 3525900 * VA | 40.00 |
| 12/29 | DEBIT CARD PURCHASE, *****30084569300, AUT 122821 VISA DDA PUR APPLIANCE FIX IT FALLS CHURCH * VA | 18.55 |
| 12/30 | DEBIT CARD PURCHASE, *****30084569300, AUT 122921 VISA DDA PUR CVS PHARMACY 01400 FALLS CHURCH * VA | 52.24 |
| 12/30 | DEBIT CARD PURCHASE, *****30084569300, AUT 122821 VISA DDA PUR WENDYS 6638 CENTREVILLE * VA | 40.49 |
| 12/31 | DEBIT CARD PURCHASE, *****30084569300, AUT 122921 VISA DDA PUR MANE MANEKI NEKO FALLS CHURCH * VA | 163.00 |
| 12/31 | DEBIT CARD PURCHASE, *****30084569300, AUT 123021 VISA DDA PUR WM SUPERCENTER 5969 CHANTILLY * VA | 147.87 |
| | Subtotal: | 6,301.26 |

TD Bank
America's Most Convenient Bank®



LINDA M ARMELLINO
DIP CASE 20-12475 EDVA

Page: 5 of 5
Statement Period: Dec 01 2021-Dec 31 2021
Cust Ref #:
Primary Account #: 2446

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 3.49 | 12/21 | 8,832.54 |
| 12/08 | 12,003.49 | 12/22 | 7,538.48 |
| 12/09 | 11,503.49 | 12/23 | 7,060.07 |
| 12/10 | 11,370.18 | 12/24 | 5,776.57 |
| 12/13 | 9,900.59 | 12/27 | 5,129.22 |
| 12/14 | 9,783.12 | 12/28 | 5,050.14 |
| 12/15 | 9,720.80 | 12/29 | 4,904.33 |
| 12/16 | 9,573.34 | 12/30 | 4,811.60 |
| 12/17 | 9,425.57 | 12/31 | 4,500.73 |
| 12/20 | 8,886.81 | | |

**TD Bank**
America's Most Convenient Bank®



AB 01 012975 35148 B 35 A

MICHAEL J ARMELLINO
DIP CASE 20-12579 EDVA
5811 HAMPTON FOREST WAY
FAIRFAX VA 22030-7254

Page: 1 of 3
Statement Period: Dec 06 2021-Jan 05 2022
Cust Ref #: ###
Primary Account #: 2082

012975 1/2

## Chapter 11 Checking

MICHAEL J ARMELLINO
DIP CASE 20-12579 EDVA

Account # 2082

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 97.70 | Average Collected Balance | 1,013.45 |
| Electronic Deposits | 2,925.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 2,835.26 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 187.44 | Days in Period | 31 |

| | Total for this Period | Total Prior Year |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $210.00 |

DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/06 | ACH DEPOSIT, SSA TREAS 310 XXSOC SEC ****63528A SSA | 2,925.00 |
| | Subtotal: | 2,925.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/06 | DEBIT CARD PAYMENT, *****30084554070, AUT 120321 VISA DDA PUR APPLE COM BILL 866 712 7753 * CA | 9.99 |
| 12/06 | DEBIT CARD PAYMENT, *****30084554070, AUT 120421 VISA DDA PUR APPLE COM BILL 408 974 1010 * CA | 2.99 |
| 12/09 | DEBIT CARD PURCHASE, *****30084554070, AUT 120821 VISA DDA PUR E Z PASS VA WEB 877 7627824 * VA | 245.00 |
| 12/09 | DEBIT CARD PURCHASE, *****30084554070, AUT 120821 VISA DDA PUR TRAVELERS GEICO AGENCY 877 205 5772 * CT | 232.16 |
| 12/09 | ELECTRONIC PMT-WEB, NOVEC/EZ-PAY UTILITYPMT 6212643 | 177.60 |
| 12/09 | DEBIT CARD PURCHASE, *****30084554070, AUT 120821 VISA DDA PUR CREST ADVANCED DRY CLEAN 703 8151025 * VA | 102.67 |
| 12/09 | DEBIT CARD PURCHASE, *****30084554070, AUT 120821 VISA DDA PUR PANERA BREAD 600737 O 703 241 5954 * VA | 15.40 |
| 12/10 | ELECTRONIC PMT-WEB, WASHINGTON GAS L 8449274427 | 90.24 |
| 12/13 | ACH DEBIT, LIBERTY MUTUAL PAYMENT H*A***91461045 | 341.00 |
| 12/13 | DEBIT CARD PAYMENT, *****30084554070, AUT 121021 VISA DDA PUR DIRECTV STREAM 800 531 5000 * TX | 122.48 |
| 12/13 | ACH DEBIT, JPMC FBO INSTAME SILVERSCRI ****00027880602 | 26.70 |
| 12/14 | DEBIT CARD PURCHASE, *****30084554070, AUT 121321 VISA DDA PUR AMAZON PRIME NK7BH0I53 AMZN COM BILL * WA | 12.99 |

**TD Bank**
America's Most Convenient Bank®



MICHAEL J ARMELLINO
DIP CASE 20-12579 EDVA

Page: 3 of 3
Statement Period: Dec 06 2021-Jan 05 2022
Cust Ref #: [redacted]-###
Primary Account #: [redacted]2082

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/15 | DEBIT CARD PURCHASE, *****30084554070, AUT 121421 VISA DDA PUR PANERA BREAD 601175 O 703 266 9181 * VA | 10.08 |
| 12/16 | DEBIT CARD PURCHASE, *****30084554070, AUT 121621 VISA DDA PUR WALMART COM AA 800 966 6546 * AR | 49.82 |
| 12/16 | DEBIT CARD PURCHASE, *****30084554070, AUT 121421 VISA DDA PUR WALMART COM AA 800 966 6546 * AR | 16.38 |
| 12/20 | ACH DEBIT, MASSMUTUAL LIFE MASSMUTUAL ****135A 211220 | 350.18 |
| 12/20 | DEBIT CARD PURCHASE, *****30084554070, AUT 121721 VISA DDA PUR VCA ANIMAL HOSPITALS HTTPSVCAHOSPI * CA | 135.76 |
| 12/21 | DEBIT CARD PURCHASE, *****30084554070, AUT 122021 VISA DDA PUR ANTHEM BLUE MED SUPP 800 548 4455 * IN | 414.00 |
| 12/23 | ACH DEBIT, ATT PAYMENT ****03002EPAYX | 40.50 |
| 12/27 | ELECTRONIC PMT-WEB, WASHINGTON GAS L 8449274427 | 110.22 |
| 12/27 | ELECTRONIC PMT-WEB, COX COMM NVA BANK DRAFT ****28887801001 | 82.71 |
| 12/27 | DEBIT CARD PURCHASE, *****30084554070, AUT 122121 VISA DDA PUR WALMART COM AA 8009666546 * AR | 23.88 |
| 12/28 | DEBIT CARD PURCHASE, *****30084554070, AUT 122821 VISA DDA PUR WALMART COM AA 800 966 6546 * AR | 31.69 |
| 01/03 | DEBIT CARD PURCHASE, *****30084554070, AUT 010122 VISA DDA PUR NANJING RESTAURANT FAIRFAX * VA | 88.67 |
| 01/04 | DEBIT CARD PAYMENT, *****30084554070, AUT 010322 VISA DDA PUR APPLE COM BILL 866 712 7753 * CA | 9.99 |
| 01/05 | DEBIT CARD PURCHASE, *****30084554070, AUT 010422 VISA DDA PUR CVS PHARMACY 02453 FAIRFAX * VA | 89.17 |
| 01/05 | DEBIT CARD PAYMENT, *****30084554070, AUT 010422 VISA DDA PUR APPLE COM BILL 408 974 1010 * CA | 2.99 |
| | Subtotal: | 2,686.26 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/05 | 97.70 | 12/20 | 1,081.26 |
| 12/06 | 84.72 | 12/21 | 667.26 |
| 12/08 | 3,009.72 | 12/23 | 626.76 |
| 12/09 | 2,236.89 | 12/27 | 409.95 |
| 12/10 | 2,146.65 | 12/28 | 378.26 |
| 12/13 | 1,656.47 | 01/03 | 289.59 |
| 12/14 | 1,643.48 | 01/04 | 279.60 |
| 12/15 | 1,633.40 | 01/05 | 187.44 |
| 12/16 | 1,567.20 | | |

LINDA ARMELLINO
5811 HAMPTON FOREST
FAIRFAX VA 22030

11-20

107

15-172/540
808

12/6/2021
Date

Pay to the Order of Old Towne Station Owner's Association $ 1201.50

One Thousand Two Hundred One Dollars 50/100 Dollars

Photo Safe Deposit® Details on back

Bank
America's Most Convenient Bank®

For 409 Old Towne Ct

MP

2446⑈