UNITED STATES BANKRUPTCY COURT

_______ DISTRICT OF _______

Clear All Fields

Save

In Re. Linda Armellino & Michael Armellino, Debtor(s)

Case No. 20-12475

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: January 2022

Petition Date: ____________

Months Pending: 0

Industry Classification: ☐☐☐☐

Reporting Method: Accrual Basis ◯ Cash Basis ◯

Debtor's Full-Time Employees (current): ______

Debtor's Full-Time Employees (as of date of order for relief): ______

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

[signature]
Signature of Responsible Party

1/20/2022
Date

Linda Armellino & Michael Armellino
Printed Name of Responsible Party

5811 Hampton Forest Way Fairfax VA 22030
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Save Case No.

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | 4688.17 | |
| b. Total receipts (net of transfers between accounts) | | |
| c. Total disbursements (net of transfers between accounts) | | |
| d. Cash balance end of month (a+b-c) | | |
| e. Disbursements made by third party for the benefit of the estate | | |
| f. Total disbursements for quarterly fee calculation (c+e) | | |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | |
| c. Inventory (Book ◯ Market ◯ Other ◯ (attach explanation)) | |
| d Total current assets | |
| e. Total assets | |
| f. Postpetition payables (excluding taxes) | |
| g Postpetition payables past due (excluding taxes) | |
| h. Postpetition taxes payable | |
| i. Postpetition taxes past due | |
| j. Total postpetition debt (f+h) | |
| k. Prepetition secured debt | |
| l. Prepetition priority debt | |
| m. Prepetition unsecured debt | |
| n. Total liabilities (debt) (j+k+l+m) | |
| o Ending equity/net worth (e-n) | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | | |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | | |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | | |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | | |
| c. Gross profit (a-b) | | |
| d. Selling expenses | | |
| e. General and administrative expenses | | |
| f. Other expenses | | |
| g. Depreciation and/or amortization (not included in 4b) | | |
| h. Interest | | |
| i. Taxes (local, state, and federal) | | |
| j. Reorganization items | | |
| k. Profit (loss) | | |

Debtor's Name Save Case No.

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| Add | | Firm Name | Role | | | | |
| Delete | i | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| Add | | Firm Name | Role | | | | |
| Delete | i | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | | |
| b. | Postpetition income taxes paid (local, state, and federal) | | |
| c. | Postpetition employer payroll taxes accrued | | |
| d. | Postpetition employer payroll taxes paid | | |
| e. | Postpetition property taxes paid | | |
| f. | Postpetition other taxes accrued (local, state, and federal) | | |
| g. | Postpetition other taxes paid (local, state, and federal) | | |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt? (if yes, see Instructions) Yes ◯ No ◯

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) Yes ◯ No ◯

c. Were any payments made to or on behalf of insiders? Yes ◯ No ◯

d. Are you current on postpetition tax return filings? Yes ◯ No ◯

e. Are you current on postpetition estimated tax payments? Yes ◯ No ◯

f. Were all trust fund taxes remitted on a current basis? Yes ◯ No ◯

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) Yes ◯ No ◯

h. Were all payments made to or on behalf of professionals approved by the court? Yes ◯ No ◯ N/A ◯

i. Do you have:
- Worker's compensation insurance? Yes ◯ No ◯
  - If yes, are your premiums current? Yes ◯ No ◯ N/A ◯ (if no, see Instructions)
- Casualty/property insurance? Yes ◯ No ◯
  - If yes, are your premiums current? Yes ◯ No ◯ N/A ◯ (if no, see Instructions)
- General liability insurance? Yes ◯ No ◯
  - If yes, are your premiums current? Yes ◯ No ◯ N/A ◯ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? Yes ◯ No ◯

k. Has a disclosure statement been filed with the court? Yes ◯ No ◯

Debtor's Name Save Case No.

l Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C § 1930? Yes ☒ No ☐

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | |
| b. | Gross income (receipts) from self-employment | |
| c. | Gross income from all other sources | 723979.76 |
| d. | Total income in the reporting period (a+b+c) | |
| e. | Payroll deductions | |
| f. | Self-employment related expenses | |
| g. | Living expenses | 10151.15 |
| h. | All other expenses | 11022.58 US trustees |
| i. | Total expenses in the reporting period (e+f+g+h) | |
| j. | Difference between total income and total expenses (d-i) | 702806.03 |
| k. | List the total amount of all postpetition debts that are past due | |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ☐ No ☒ |
| m | If yes, have you made all Domestic Support Obligation payments? | Yes ☐ No ☐ N/A ☐ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

Signature of Responsible Party

Linda Armellini Michael Armellini

Printed Name of Responsible Party

Title

1/20/2022

Date

Save

Generate PDF for Court Filing and Remove Watermark





TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

AB 01 012161 68172 H 30 A

MICHAEL J ARMELLINO
DIP CASE 20-12579 EDVA
5811 HAMPTON FOREST WAY
FAIRFAX VA 22030-7254

Page: 1 of 3
Statement Period: Jan 06 2022-Feb 05 2022
Cust Ref #: ####
Primary Account #: 2082

012161 1/2

## Chapter 11 Checking

MICHAEL J ARMELLINO
DIP CASE 20-12579 EDVA

Account # 2082

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 187.44 | Average Collected Balance | 228,983.69 |
| Deposits | 720.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 3,240.24 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 710,019.52 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |
| Electronic Payments | 6,631.69 | | |
| Ending Balance | 707,535.51 | | |

DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/10 | DEPOSIT | 500.00 |
| 01/21 | DEPOSIT | 100.00 |
| 01/26 | DEPOSIT | 120.00 |
| | Subtotal: | 720.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/12 | ACH DEPOSIT, SSA TREAS 310 XXSOC SEC ****63528A SSA | 3,085.00 |
| 01/24 | ATM CASH DEPOSIT, *****30084554070 AUT 012322 ATM CASH DEPOSIT 6200 MULTIPLEX DRIVE CENTREVILLE * VA | 80.00 |
| 01/24 | ATM CASH DEPOSIT, *****30084554070 AUT 012322 ATM CASH DEPOSIT 6200 MULTIPLEX DRIVE CENTREVILLE * VA | 20.00 |
| 02/01 | DEBIT CARD CREDIT, *****30084554070, AUT 013122 VISA DDA REF TRAVELERS GEICO AGENCY 877 205 5772 * CT | 55.24 |
| | Subtotal: | 3,240.24 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/27 | WIRE TRANSFER INCOMING, MBH SETTLEMENT GROUP LC | 710,019.52 |
| | Subtotal: | 710,019.52 |

TD Bank

America's Most Convenient Bank®



STATEMENT OF ACCOUNT

MICHAEL J ARMELLINO
DIP CASE 20-12579 EDVA

Page: 3 of 3
Statement Period: Jan 06 2022-Feb 05 2022
Cust Ref #: ###
Primary Account #: 2082

012161 2/2

DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/07 | DEBIT CARD PAYMENT, *****30084554070, AUT 010522 VISA DDA PUR DIRECTV STREAM 800 531 5000 * TX | 122.48 |
| 01/11 | DEBIT CARD PURCHASE, *****30084554070, AUT 011022 VISA DDA PUR ALEXANDRIA PERMIT CENTER 703 7464200 * VA | 112.37 |
| 01/11 | ACH DEBIT, JPMC FBO INSTAME SILVERSCRI ****00022387506 | 29.20 |
| 01/12 | ACH DEBIT, LIBERTY MUTUAL PAYMENT H*A***91481045 | 341.00 |
| 01/13 | ELECTRONIC PMT-TEL, WELLS FARGO ECAR ECAR HOMEQ ****5404281998 | 2,661.12 |
| 01/14 | DEBIT CARD PURCHASE, *****30084554070, AUT 011322 VISA DDA PUR AMAZON PRIME 0R1AD8MW3 AMZN COM BILL * WA | 12.99 |
| 01/18 | DEBIT CARD PURCHASE, *****30084554070, AUT 011422 VISA DDA PUR TRAVELERS GEICO AGENCY 877 205 5772 * CT | 111.08 |
| 01/20 | ACH DEBIT, MASSMUTUAL LIFE MASSMUTUAL ****135A 220120 | 350.18 |
| 01/24 | ACH DEBIT, ATT PAYMENT ****68003EPAYC | 143.04 |
| 01/28 | DEBIT CARD PAYMENT, *****30084554070, AUT 012822 VISA DDA PUR MICROSOFT MICROSOFT 365 425 6816830 * WA | 99.99 |
| 02/01 | ELECTRONIC PMT-WEB, HAMPTON CHASE RE HAMPTON CH FT****03539 | 621.95 |
| 02/01 | ELECTRONIC PMT-WEB, NOVEC/EZ-PAY UTILITYPMT 8001110 | 530.65 |
| 02/01 | DEBIT CARD PURCHASE, *****30084554070, AUT 013122 VISA DDA PUR PANERA BREAD 600737 O 703 241 5954 * VA | 17.91 |
| 02/02 | ACH DEBIT, GEICO GEICO PYMT ****513934 | 1,132.03 |
| 02/02 | ELECTRONIC PMT-WEB, COX COMM NVA BANK DRAFT ****28887801001 | 174.83 |
| 02/02 | ELECTRONIC PMT-WEB, WASHINGTON GAS L 8449274427 | 170.87 |
| | Subtotal: | 6,631.69 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/05 | 187.44 | 01/20 | 32.02 |
| 01/07 | 64.96 | 01/21 | 132.02 |
| 01/10 | 564.96 | 01/24 | 88.98 |
| 01/11 | 423.39 | 01/26 | 208.98 |
| 01/12 | 3,167.39 | 01/27 | 710,228.50 |
| 01/13 | 506.27 | 01/28 | 710,128.51 |
| 01/14 | 493.28 | 02/01 | 709,013.24 |
| 01/18 | 382.20 | 02/02 | 707,535.51 |

**TD Bank**
America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

AB 01 033512 63071 H 73 A

LINDA M ARMELLINO
DIP CASE 20-12475 EDVA
5811 HAMPTON FOREST
FAIRFAX VA 22030-7254

Page: 1 of 4
Statement Period: Jan 01 2022-Jan 31 2022
Cust Ref #: [redacted]-###
Primary Account #: [redacted]2446

033512 1/2

## Chapter 11 Checking

LINDA M ARMELLINO
DIP CASE 20-12475 EDVA

Account # [redacted]2446

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,500.73 | Average Collected Balance | 3,523.48 |
| Electronic Deposits | 10,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 25.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 14,297.04 | Days in Period | 31 |
| Other Withdrawals | 220.00 | | |
| Ending Balance | -41.31 | | |

DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/13 | ACH DEPOSIT, *LINCOLN NAT LIF EFTPYMNT 5803815 | 10,000.00 |
| | Subtotal: | 10,000.00 |

**Checks Paid** No. Checks: 1 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 01/07 | 108 | 25.00 |
| | Subtotal: | 25.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | DEBIT POS, *****30084569300, AUT 010222 DDA PURCHASE COSTCO WHSE 0204 FAIRFAX * VA | 289.73 |
| 01/03 | DEBIT CARD PURCHASE, *****30084569300, AUT 010222 VISA DDA PUR GIANT 0744 CLIFTON * VA | 144.42 |
| 01/03 | DEBIT CARD PURCHASE, *****30084569300, AUT 123121 VISA DDA PUR WAL MART 2015 FAIRFAX * VA | 85.88 |
| 01/03 | DEBIT CARD PURCHASE, *****30084569300, AUT 010122 VISA DDA PUR WAL MART 2015 FAIRFAX * VA | 57.43 |
| 01/07 | DEBIT CARD PURCHASE, *****30084569300, AUT 010622 VISA DDA PUR USPS PO 5130970161 CHANTILLY * VA | 11.43 |
| 01/10 | TD ATM DEBIT, *****30084569300, AUT 010822 DDA WITHDRAW 6200 MULTIPLEX DRIVE CENTREVILLE * VA | 500.00 |
| 01/10 | DEBIT POS, *****30084569300, AUT 010822 DDA PURCH W/CB GIANT 0744 5740 UNION CLIFTON * VA | 245.97 |
| 01/10 | DEBIT CARD PURCHASE, *****30084569300, AUT 010822 VISA DDA PUR FAIR OAKS MALL FAIRFAX * VA | 169.58 |
| 01/10 | DEBIT CARD PURCHASE, *****30084569300, AUT 010822 VISA DDA PUR FERGUSON ENT 1 CHANTILLY * VA | 58.30 |

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

LINDA M ARMELLINO
DIP CASE 20-12475 EDVA

Page: 3 of 4
Statement Period: Jan 01 2022-Jan 31 2022
Cust Ref #: [redacted]
Primary Account #: [redacted]448

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/10 | DEBIT CARD PURCHASE, *****30084569300, AUT 010822 VISA DDA PUR GIANT 0744 CLIFTON * VA | 24.37 |
| 01/10 | DEBIT POS, *****30084569300, AUT 011022 DDA PURCHASE DOLLAR TR 14120B LEE H CENTREVILLE * VA | 11.64 |
| 01/11 | DEBIT POS, *****30084569300, AUT 011122 DDA PURCH W/CB GIANT 0744 5740 UNION CLIFTON * VA | 270.86 |
| 01/11 | DEBIT CARD PURCHASE, *****30084569300, AUT 011022 VISA DDA PUR USPS PO 5116560151 CENTREVILLE * VA | 58.00 |
| 01/13 | DEBIT CARD PURCHASE, *****30084569300, AUT 011222 VISA DDA PUR VCA ANIMAL HOSPITALS HTTPSVCAHOSPI * CA | 257.45 |
| 01/13 | DEBIT POS, *****30084569300, AUT 011322 DDA PURCHASE TARGET T 13047 FAIR L FAIRFAX * VA | 102.58 |
| 01/13 | DEBIT CARD PURCHASE, *****30084569300, AUT 011122 VISA DDA PUR SHELL OIL 57543988307 FAIRFAX * VA | 62.49 |
| 01/14 | DEBIT CARD PURCHASE, *****30084569300, AUT 011322 VISA DDA PUR WAL MART 2015 FAIRFAX * VA | 28.54 |
| 01/18 | ELECTRONIC PMT-WEB, QUARTERLY FEE PAYMENT 6OHFEPPCAC1 | 10,772.29 |
| 01/18 | ELECTRONIC PMT-WEB, QUARTERLY FEE PAYMENT 6OHFEPIAFQ1 | 250.29 |
| 01/18 | ACH DEBIT, LABCORP LABCORP ****01143420319 | 80.00 |
| 01/18 | DEBIT CARD PURCHASE, *****30084569300, AUT 011422 VISA DDA PUR TARGET COM 800 591 3869 * MN | 34.10 |
| 01/18 | DEBIT CARD PURCHASE, *****30084569300, AUT 011622 VISA DDA PUR SHELL OIL 57543989107 CLIFTON * VA | 33.74 |
| 01/18 | DEBIT CARD PURCHASE, *****30084569300, AUT 011522 VISA DDA PUR WENDYS 6638 CENTREVILLE * VA | 30.68 |
| 01/19 | DEBIT CARD PURCHASE, *****30084569300, AUT 011822 VISA DDA PUR WAL MART 2015 FAIRFAX * VA | 243.80 |
| 01/24 | TD ATM DEBIT, *****30084569300, AUT 012322 DDA WITHDRAW 6200 MULTIPLEX DRIVE CENTREVILLE * VA | 100.00 |
| 01/24 | DEBIT CARD PURCHASE, *****30084569300, AUT 012222 VISA DDA PUR OFFICE DEPOT 576 FAIRFAX * VA | 63.60 |
| 01/26 | DEBIT CARD PURCHASE, *****30084569300, AUT 012522 VISA DDA PUR VCA ANIMAL HOSPITALS HTTPSVCAHOSPI * CA | 228.19 |
| 01/26 | DEBIT CARD PURCHASE, *****30084569300, AUT 012422 VISA DDA PUR SHELL OIL 57543989107 CLIFTON * VA | 55.07 |
| 01/26 | DEBIT CARD PURCHASE, *****30084569300, AUT 012422 VISA DDA PUR STAPLES 00100925 FALLS CHURCH * VA | 26.61 |
| | Subtotal: | 14,297.04 |



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

LINDA M ARMELLINO
DIP CASE 20-12475 EDVA

Page: 4 of 4
Statement Period: Jan 01 2022-Jan 31 2022
Cust Ref #: -###
Primary Account #: 2446

DAILY ACCOUNT ACTIVITY

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/21 | DEBIT | | 100.00 |
| 01/26 | DEBIT | | 120.00 |
| | | Subtotal: | 220.00 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 4,500.73 | 01/14 | 12,097.06 |
| 01/03 | 3,923.27 | 01/18 | 895.96 |
| 01/07 | 3,886.84 | 01/19 | 652.16 |
| 01/10 | 2,876.98 | 01/21 | 552.16 |
| 01/11 | 2,548.12 | 01/24 | 388.56 |
| 01/13 | 12,125.60 | 01/26 | -41.31 |

**TD Bank**
America's Most Convenient Bank®



MICHAEL J ARMELLINO
DIP CASE 20-12579 EDVA
5811 HAMPTON FOREST WAY
FAIRFAX, VA 22030-0000

To: MICHAEL J ARMELLINO

This letter serves as notification of the following Incoming Wire Transfer credited to account number **********2082 on 01/27/2022.
If you have any questions, please contact your nearest TD Bank Branch or call 1-800-YES-2000.

Amount: $710,019.52
Beneficiary: MICHAEL J. ARMELLINO
Account Number: **********2082
Address: 5811 HAMPTON FOREST WAY
FAIRFAX VA 22030

Sender:
Bank Name:
ABA Number:

Reference Number:
Originator Bank:
Address:
By Order Of: MBH SETTLEMENT GROUP LC
Address: 4230 LAFAYETTE CENTER DR STE I
CHANTILLY VA 20151-1238

Receiver Bank Name:
ABA Number:
FRB Incoming Confirmation Number: 2

Reference for Beneficiary:
Originator to Beneficiary: CLOSING PROCEEDS FROM SALE OF 409 OLD TOWN COURT ALEXANDRIA VA 22314MBH 703-739-0100 22-21-19261
Bank to Bank Information:
Miscellaneous Information:

THANK YOU FOR CHOOSING TD BANK.



Member FDIC TD Bank, N.A.