```
                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                          Alexandria Division

In Re:                              :
                                    :
LINDA M. ARMELLINO                  :      CASE NO 20-12475-BFK
MICHAEL J. ARMELLINO                :            Chapter 11
      Debtor                        :
                                    :
```

**ORDER AUTHORIZING ATTORNEY'S FEES AND EXPENSES**

THIS MATTER came on the 2nd Interim (and final) application of the counsel for the Debtors, Richard G. Hall, for the entry of an Order authorizing his attorney's fees and expenses incurred from July 1, 2021 to February 16, 2022, and upon the certification of the applicant, and upon proper notice to all interested parties, and upon the objection of the Debtors, and it appearing that the fees requested are reasonable, and for the reasons stated from the bench, it is hereby

ORDERED that the objection of the Debtors is overruled, and fees and expenses of $43,153.60, including 90.10 hours of attorney's time for $42,987.50, and expenses of $166.10, are approved, and it is further

ORDERED that the Debtors are hereby directed to pay to the applicant the fees and expenses herein approved as well as any unpaid portion of the fees and expenses approved in the applicant's 1st Interim Application (Docket Item No. 89) within thirty (30) days from the entry of this order.

THE DEBTORS are notified that they may appeal this order by filing a notice of appeal within fourteen (14) day of the entry of this Order, and that they may thereafter also seek a stay from this Court of the provisions of this order directing payment.

SIGNED this 15th day of March, 2022

Mar 15 2022

/s/ Brian F Kenney
Hon. Brian F. Kenney
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: March 16, 2022

I ask for this:

/s/ Richard G. Hall
Richard G. Hall, Esquire
Counsel for the Debtors
601 King Street, Suite 301
Alexandria, Virginia, 22314
(703) 256-7159
VA Bar No. 18076
richard.hall33@verizon.net

Seen:

/s/ Jack I. Frankel
Jack I. Frankel, Esquire
Counsel for the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
(703) 557-7229
Jack.I.Frankel@usdoj.gov
VAB No. 15019

Copies to:

(as above)

Michael J. Armellino
Linda M. Armellino
5811 Hampton Forest Way
Fairfax, VA, 22030

## Certification Pursuant to Local Rule 9022(C)(1)

I hereby certify that this Order has been endorsed by all necessary parties, and mailed to the Debtors (as above) on March 15, 2022

/s/ Richard G. Hall