UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                              )
                                    )
LINDA M ARMELLINO                   )    Case No. 20-12475-BFK
and MICHAEL J ARMELLINO,            )    Chapter 11
                                    )
            Debtors.                )

**ORDER CONTINUING HEARINGS**

On April 26, 2022, the Court held a Status Hearing and hearings on the Debtors' Amended Motion to Approve Disclosure Statement (Docket Nos. 116, 123) and the U.S. Trustee's Motion to Dismiss or Convert this Case to Chapter 7 (Docket No. 145). Michael J. Armellino, the pro se co-debtor, and Jack Frankel, counsel for the U.S. Trustee, appeared remotely for the hearings. For the reasons stated on the record, it is

**ORDERED**:

1. The Court will hold a Status Hearing on **Tuesday, May 31, 2022, at 11:00 a.m.**

2. The Court will continue the U.S. Trustee's Motion to Dismiss or Convert (Docket No. 145) to **Tuesday, May 31, 2022, at 11:00 a.m.**

3. The Court will continue the Debtors' Amended Motion to Approve Disclosure Statement (Docket Nos. 116, 123) to **Tuesday, May 31, 2022, at 11:00 a.m.**

4. An Amended Disclosure Statement, if any, must be filed by **May 17, 2022.** Objections, if any, will be due by **May 27, 2022.**

5. The Debtors shall file Chapter 11 Monthly Operating Reports for the months of March and April 2022 by **May 17, 2022**.

6. The parties must appear via video conference for these hearings through the Court's Zoom for Government (ZoomGov) program. Parties must e-mail a completed registration request

1

form (available at https://www.vaeb.uscourts.gov/sites/vaeb/files/ZoomRegistration.pdf) to

EDVABK-ZOOM-Judge_Kenney@vaeb.uscourts.gov in accordance with Judge Kenney's

procedures for appearing by ZoomGov. This program requires pre-registration that should be

completed two (2) business days prior to the hearing date.

      7.      The Clerk shall mail copies of this Order, or give electronic notice of its entry, to the

parties listed below.

Date: Apr 26 2022

/s/ Brian F Kenney

The Honorable Brian F. Kenney
United States Bankruptcy Judge

Alexandria, Virginia

Entered On Docket: April 27, 2022

Copies to:

Linda M. Armellino
5811 Hampton Forest Way
Fairfax, VA 22030
*Pro Se Chapter 11 Debtor*

Michael J. Armellino
5811 Hampton Forest Way
Fairfax, VA 22030
*Pro Se Chapter 11 Debtor*

Jack Frankel, Esquire
1725 Duke Street, Suite 650
Alexandria, VA 22314
*Counsel for the U.S. Trustee*