Matthew W. Cheney
Acting United States Trustee
For Region 4
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7229
Jack Frankel, Attorney, VSB # 15019
Email: jack.i.frankel@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
<u>Alexandria Division</u>

| | |
|---|---|
| **In re:** | |
| **Linda M. and Michael J. Armellino,** | Case No. 20-12475-BFK |
| **Debtors.** | Chapter 11 |
| | Hearing: April 22, 2025 at 11:00 AM |

<u>**Notice of Motion and Hearing**</u>

The Acting United States Trustee for Region 4 has filed a motion to convert or dismiss this case.

<u>**Your rights may be affected**</u>.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**Written opposition should be filed within 21 days of service of this notice and motion.**

■ File with the Court, United States Bankruptcy Court, 200 S Washington Street, Alexandria, Virginia 22314, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below.

■ Attend the hearing scheduled to be held on **Tuesday, April 22, 2025 at 11:00 AM**, Courtroom I, 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314

■ A copy of any written response must be mailed to the following persons:

> United States Trustee for Region 4
> 1725 Duke Street, Suite 650
> Alexandria, VA  22314

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: March 18, 2025

Matthew W. Cheney
Acting United States Trustee for
Region Four

*/s/ Jack Frankel*
Jack Frankel, Attorney, VSB # 15019
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7229
jack.i.frankel@usdoj.gov

**Certificate of Service**

I hereby certify that on March 18, 2025, I mailed, United States mail, first class, postage prepaid, a copy of the notice of motion and hearing to the Debtor and emailed to the Debtor's attorney.

| | |
|---|---|
| Linda M. Armellino<br>Michael J. Armellino<br>5811 Hampton Forest Way<br>Fairfax, VA 22030 | Daniel Press, Esq.<br>Email: dpress@chung-press.com |

  */s/ Jack Frankel*
Jack I. Frankel