## United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 20−12475−BFK
**Chapter** 11
**Judge** Brian F. Kenney

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Linda M Armellino
5811 Hampton Forest Way
Fairfax, VA 22030

Michael J Armellino
5811 Hampton Forest Way
Fairfax, VA 22030

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−7536           Joint Debtor: xxx−xx−3528

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA           Joint Debtor: NA

## NOTICE OF HEARING

A

*222* − Notice and Motion to Convert Case to Chapter 7 (Fee Amount of $ 15 Exempt), or in the alternative Motion to Dismiss Case , Notice of Motion & Notice of Hearing Hearing scheduled for 4/22/2025 at 11:00 AM at Chief Judge Kenney's Courtroom, 200 S Washington St, 2nd Flr, Courtroom I, Alexandria, VA. (Attachments: # 1 Notice of Motion and Hearing)Filed by Jack Frankel of Office of the U.S. Trustee on behalf of Matthew W. Cheney (Frankel, Jack)

has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:** April 22, 2025           **Time:** 11:00 AM

**Location:**

Chief Judge Kenney's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314

Dated: March 18, 2025           For the Court,

                              Charri S Stewart, Clerk
[VAN022USTvSept2023.jsp]      United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 20-12475-BFK |
| Linda M Armellino | Chapter 11 |
| Michael J Armellino | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: KimberlyC | Page 1 of 4 |
| Date Rcvd: Mar 18, 2025 | Form ID: VAN22UST | Total Noticed: 54 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Linda M Armellino, Michael J Armellino, 5811 Hampton Forest Way, Fairfax, VA 22030-7254 |
| acc | + | Arthur Lander, CPA, PC, 300 N. Washington St. #104, Alexandria, VA 22314-2530 |
| cr | + | Burke & Herbert Bank & Trust Company, Main, 100 South Fairfax Street, Alexandria, VA 22314-3340 |
| 15510162 | | Airgas, PO Box 802576, Chicago, IL 60680-2576 |
| 15510163 | + | Alexandria Renew, PO Box 26428, Alexandria, VA 22313-6428 |
| 15510164 | + | Auto Chlor, 6301 Stevenson Ave, Ste 1, Alexandria, VA 22304-3527 |
| 15510165 | + | Burke & Herbert Bank, 100 South Fairfax Street, Alexandria, VA 22314-3383 |
| 15584006 | + | City of Alexandria, PO Box 34842, Alexandria, VA 22334-0842 |
| 15584008 | + | College Foundation, 2917 Highwoods Blvd, Raleigh, NC 27604-1004 |
| 15565616 | | County of Fairfax, Office of the County Attorney, 12000 Govt. Center Parkway, Suite 549, Fairfax, VA 22035 |
| 15510170 | + | Fairfax County Dept of Tax, 12000 Government Centre Pkwy, Fairfax, VA 22035-0098 |
| 15584016 | + | Great Lakes Foundation, PO Box 7860, Madison, WI 53707-7860 |
| 15584017 | + | Industrial Pest Elimination, 14374 Cape May Road, Silver Spring, MD 20904-6011 |
| 15510171 | + | Industrial Pest Elimination, 14374Cape May Rd, Silver Spring, MD 20904-6011 |
| 15510172 | #+ | International Gourmet, 7520 Fullerton Road, Springfield, VA 22153-2812 |
| 15510174 | + | Keany Produce, 3310 75th Ave, Hyattsville, MD 20785-1501 |
| 15510175 | + | Kohl's Inc., N56 W17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15510176 | + | Martin Yeagar, Esq, 524 King Street, Alexandria, VA 22314-3104 |
| 15510177 | + | Michael Armellino, 5811 Hampton Forest Way, Fairfax, VA 22030-7254 |
| 15584023 | | Mood Media, 3100 S I-H-35 Frontage Road, ste 200, Mobile, AL 36671-9000 |
| 15510178 | | Mood Media, 2100 S I-H-35 Frontage Rd, Ste 200, Austin, TX 78704-0000 |
| 15510179 | + | Morris Visitor Publications, PO Box 936562, Atlanta, GA 31193-6562 |
| 15593182 | + | P.J.K Food Service, LLC, d/b/a Keany Produce & Gourmet, Blake A. Surbey c/o McCarron & Diess, 4530 Wisconsin Avenue, NW, Suite 301, Washington, DC 20016-4667 |
| 15510180 | + | Road Runner, PO Box 6011, Hermitage, PA 16148-1011 |
| 15510181 | + | Safeguard, PO Box 645624, Cincinnati, OH 45264-5624 |
| 15584028 | + | Stanley Convergent Security, 8350 Sunligh Drive, Fishers, IN 46037-6700 |
| 15510182 | + | Stanley Covergent Security, 8350 Sunlight Dr, Fishers, IN 46037-6700 |
| 15510184 | + | Va American Water, PO Box 790247, Saint Louis, MO 63179-0247 |
| 15584032 | + | Washigton Gas, 1000 Maine Avenue Suite 700, Washington, DC 20024-3494 |
| 15510185 | + | Washington Gas, 1000 Maine Ave Ste 700, Washington, DC 20024-3496 |
| 15510187 | + | XO Communications, 8851 SAndy Pkwy, Sandy, UT 84070-6438 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 19 2025 01:09:23 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15562815 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2025 01:10:11 | Ashley Funding Services, LLC, Resurgent Capital |

District/off: 0422-9     User: KimberlyC     Page 2 of 4
Date Rcvd: Mar 18, 2025     Form ID: VAN22UST     Total Noticed: 54

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15510167 | | Email/Text: collections@alexandriava.gov | Mar 19 2025 00:54:00 | City of Alexandria, P.O. Box 178, Attn: Collections, Alexandria, VA 22313 |
| 15510166 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 19 2025 01:09:41 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15516105 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 19 2025 01:09:23 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15510168 | | Email/Text: documentfiling@lciinc.com | Mar 19 2025 00:53:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 15584010 | + | Email/Text: va_tax_bk@harriscollect.com | Mar 19 2025 00:54:00 | Commonwealth of Virginia, Department of Taxation, PO Box 2156, Richmond, VA 23218-2156 |
| 15510169 | | Email/Text: DEbankruptcy@domenergy.com | Mar 19 2025 00:53:00 | Dominion Power, PO Box 26543, Richmond, VA 23290-0000 |
| 15584012 | | Email/Text: mrdiscen@discover.com | Mar 19 2025 00:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 15534276 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 19 2025 01:09:23 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15584015 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 19 2025 00:54:00 | First Mark Services, PO Box 82522, Lincoln, NE 68501-0000 |
| 15584014 | + | Email/Text: john.burton@fairfaxcounty.gov | Mar 19 2025 00:54:00 | Fairfax County, 12000 Government Center Parkwa, Fairfax, VA 22035-0098 |
| 15511598 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 19 2025 00:54:00 | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 15510173 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 19 2025 01:20:46 | JP Morgan Chasecard Svcs, 201 N. Walnut Street, Wilmington, DE 19801-2920 |
| 15584020 | + | Email/Text: RASEBN@raslg.com | Mar 19 2025 00:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15584025 | + | Email/PDF: bankruptcy_prod@navient.com | Mar 19 2025 01:10:19 | Navient Solutions, Inc., PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 15511599 | | Email/Text: atlreorg@sec.gov | Mar 19 2025 00:54:00 | U.S.Securities & Exchange Comm, Office of Reorganization, 950 East Paces Ferry Road, N.E., Suite 900, Atlanta, GA 30326-1382 |
| 15510183 | + | Email/Text: bankruptcyecf.shared@usfoods.com | Mar 19 2025 00:54:00 | US Foods, PO Box 75368, Baltimore, MD 21275-5368 |
| 15584031 | + | Email/Text: va_tax_bk@harriscollect.com | Mar 19 2025 00:54:00 | Virginia Taxation Office, PO Box 1115, Richmond, VA 23218-1115 |
| 15584033 | + | Email/Text: Bankruptcy@washgas.com | Mar 19 2025 00:54:00 | Washington Gas, Bankruptcy Dept., 6801 Industrial Road, Springfield, VA 22151-4205 |
| 15510186 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 19 2025 01:20:50 | Wells Fargo Bank, PO Box 10335, Des Moines, IA 50306-0335 |
| 15514379 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 19 2025 01:09:27 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 15819784 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 19 2025 01:09:53 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wells Fargo Bank, N.A. |
| cr | | Wells Fargo Bank, N.A. as successor by merger to W |
| 15583999 | *+ | Airgas, PO Box 802576, Chicago, IL 60680-2576 |
| 15584001 | *+ | Alexandria ReNew, PO Box 26428, Alexandria, VA 22313-6428 |
| 15584000 | *+ | Alexandria ReNew, PO Box 26428, Alexandria, VA 22313-6428 |
| 15584002 | *+ | Auto Chlor, 6301 Stevenson Avenue Suite 1, Alexandria, VA 22304-3527 |
| 15584003 | *+ | Burke & Herbert Bank, 100 South Fairfax Street, Alexandria, VA 22314-3383 |
| 15584007 | *P++ | CITY OF ALEXANDRIA, ATTN REVENUE DIVISION - COLLECTIONS, P O BOX 178, ALEXANDRIA VA 22313-1500, address filed with court:, City of Alexandria, P.O. Box 178, Attn: Collections, Alexandria, VA 22313 |
| 15584004 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15584005 | *+ | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15584009 | *+ | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 15584011 | * | County of Fairfax, Office of the County Attorney, 12000 Govt. Center Parkway, Suite 549, Fairfax, Va 22035 |
| 15584013 | *P++ | DOMINION ENERGY VIRGINIA NORTH CAROLINA, PO BOX 26666, RICHMOND VA 23261-6666, address filed with court:, Dominion Power, PO Box 26543, Richmond, VA 23290-0000 |
| 15584018 | *+ | International Gourmet, 7520 Fullerton Road, Springfield, VA 22153-2812 |
| 15584019 | *+ | JP Morgan Chasecard Svcs, 201 N. Walnut Street, Wilmington, DE 19801-2920 |
| 15584021 | *+ | Keany Produce, 3310 75th Avenue, Hyattsville, MD 20785-1501 |
| 15584022 | *+ | Michael Armellino, 5811 Hampton Forest Way, Fairfax, VA 22030-7254 |
| 15584024 | *+ | Morris Visitor Publications, PO Box 936562, Atlanta, GA 31193-6562 |
| 15584026 | *+ | Road Runner, PO Box 6011, Hermitage, PA 16148-1011 |
| 15584027 | *+ | Safeguard, PO Box 645624, Cincinnati, OH 45264-5624 |
| 15584029 | *+ | US Foods, PO Box 75368, Baltimore, MD 21275-5368 |
| 15584030 | *+ | Va American Water, PO Box 790247, Saint Louis, MO 63179-0247 |
| 15584034 | *+ | Wells Fargo Bank, PO Box 10335, Des Moines, IA 50306-0335 |
| 15584035 | *+ | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 15584036 | *+ | XO Communications, 8851 Sandy Pkwy, Sandy, UT 84070-6438 |

TOTAL: 2 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2025                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arthur P. Lander | on behalf of Accountant Arthur Lander  CPA, PC law@businesslegalservicesinc.com |
| D. Carol Sasser | on behalf of Creditor Wells Fargo Bank  N.A. as successor by merger to Wachovia Bank, N.A. dsasser@siwpc.com, ewhite@siwpc.com;jmuncy@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |

| | | |
|---|---|---|
| District/off: 0422-9 | User: KimberlyC | Page 4 of 4 |
| Date Rcvd: Mar 18, 2025 | Form ID: VAN22UST | Total Noticed: 54 |

D. Carol Sasser
    on behalf of Creditor Wells Fargo Bank N.A. dsasser@siwpc.com, ewhite@siwpc.com;jmuncy@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com

Daniel M. Press
    on behalf of Debtor Linda M Armellino dpress@chung-press.com pressdm@gmail.com;danpress@recap.email

Daniel M. Press
    on behalf of Joint Debtor Michael J Armellino dpress@chung-press.com pressdm@gmail.com;danpress@recap.email

Gregory Todd DuMont
    on behalf of Creditor Burke & Herbert Bank & Trust Company gregory.dumont@offitkurman.com GTDuMontLaw@gmail.com

Jack Frankel
    on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Martin J.A. Yeager
    on behalf of Creditor Burke & Herbert Bank & Trust Company myeager@landcarroll.com

Matthew W. Cheney
    ustpregion04.ax.ecf@usdoj.gov

Richard G. Hall
    on behalf of Debtor Michael J Armellino richard.hall33@verizon.net

TOTAL: 10