# United States Bankruptcy Court
## Eastern District of Virginia
### Alexandria Division

In re:

**Linda M. and Michael J. Armellino,**

   Debtor.

Case No. 20-12475-BFK

Chapter 11

## Order of Dismissal

This matter, the motion of Matthew W. Cheney, the Acting United States Trustee for Region 4, to dismiss or convert this case to Chapter 7, docket no. 222, came before the Court.

It appearing to the Court that it is in the best interests of the creditors and the estate to dismiss this case.

It further appearing to the Court, that the Court cannot find and specifically identify unusual circumstances establishing that dismissing this case is not in the best interests of the creditors and the estate.

It further appearing to the Court that the Debtor consents to the dismissal of this case.

Now, it is hereby ordered:

1. This case is dismissed pursuant to 11 U.S.C. § 1112(b).

2. The hearing on the motion to dismiss or convert this case scheduled for April 22, 2025, is cancelled and removed from the docket.

Matthew W. Cheney
Acting United States Trustee
For Region 4
Jack Frankel, Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7176
Jack.I.Frankel@USDOJ.GOV

3. The Clerk shall serve a copy of this order on the Debtor and the Debtor's attorney.

Apr 21 2025

/s/ Brian F Kenney

Brian F. Kenney
Chief Judge

Entered On Docket: Apr 21 2025

Matthew W. Cheney
Acting United States Trustee
For Region 4

/s/ Jack Frankel
Jack Frankel, Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7176
Email: jack.i.frankel@usdoj.gov

/s/ Daniel M. Press (by permission)
Daniel M. Press, Attorney
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Email: dpress@chung-press.com

*Attorney for Debtor*

cc:

Linda M. Armellino
Michael J. Armellino
5811 Hampton Forest Way
Fairfax, VA 22030

*Debtors*

## Certificate of Service

I hereby certify that on the 11th day of April, 2025, I emailed a copy of this proposed order to Debtor's attorney at the address listed above.

/s/ Jack Frankel

2