## United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 20−12475−BFK
**Chapter** 11

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Linda M Armellino
5811 Hampton Forest Way
Fairfax, VA 22030

Michael J Armellino
5811 Hampton Forest Way
Fairfax, VA 22030

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: xxx−xx−7536          Joint Debtor: xxx−xx−3528

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor: NA                   Joint Debtor: NA

### NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on April 21, 2025 dismissing the above−captioned case.

Dated:  April 21, 2025

For the Court,

Charri S Stewart, Clerk
United States Bankruptcy Court

[VAN015vDec2009.jsp]

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 20-12475-BFK |
| Linda M Armellino | Chapter 11 |
| Michael J Armellino | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: KimberlyD | Page 1 of 4 |
| Date Rcvd: Apr 21, 2025 | Form ID: VAN015 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Linda M Armellino, Michael J Armellino, 5811 Hampton Forest Way, Fairfax, VA 22030-7254 |
| acc | + | Arthur Lander, CPA, PC, 300 N. Washington St. #104, Alexandria, VA 22314-2530 |
| cr | + | Burke & Herbert Bank & Trust Company, Main, 100 South Fairfax Street, Alexandria, VA 22314-3340 |
| 15510162 | | Airgas, PO Box 802576, Chicago, IL 60680-2576 |
| 15510163 | + | Alexandria Renew, PO Box 26428, Alexandria, VA 22313-6428 |
| 15510164 | + | Auto Chlor, 6301 Stevenson Ave, Ste 1, Alexandria, VA 22304-3527 |
| 15510165 | + | Burke & Herbert Bank, 100 South Fairfax Street, Alexandria, VA 22314-3383 |
| 15584006 | + | City of Alexandria, PO Box 34842, Alexandria, VA 22334-0842 |
| 15584008 | + | College Foundation, 2917 Highwoods Blvd, Raleigh, NC 27604-1004 |
| 15565616 | | County of Fairfax, Office of the County Attorney, 12000 Govt. Center Parkway, Suite 549, Fairfax, VA 22035 |
| 15510170 | + | Fairfax County Dept of Tax, 12000 Government Centre Pkwy, Fairfax, VA 22035-0098 |
| 15584016 | + | Great Lakes Foundation, PO Box 7860, Madison, WI 53707-7860 |
| 15584017 | + | Industrial Pest Elimination, 14374 Cape May Road, Silver Spring, MD 20904-6011 |
| 15510171 | + | Industrial Pest Elimination, 14374Cape May Rd, Silver Spring, MD 20904-6011 |
| 15510174 | + | Keany Produce, 3310 75th Ave, Hyattsville, MD 20785-1501 |
| 15510175 | + | Kohl's Inc., N56 W17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15510176 | + | Martin Yeagar, Esq, 524 King Street, Alexandria, VA 22314-3104 |
| 15510177 | + | Michael Armellino, 5811 Hampton Forest Way, Fairfax, VA 22030-7254 |
| 15584023 | | Mood Media, 3100 S I-H-35 Frontage Road, ste 200, Mobile, AL 36671-9000 |
| 15510178 | | Mood Media, 2100 S I-H-35 Frontage Rd, Ste 200, Austin, TX 78704-0000 |
| 15510179 | + | Morris Visitor Publications, PO Box 936562, Atlanta, GA 31193-6562 |
| 15593182 | + | P.J.K Food Service, LLC, d/b/a Keany Produce & Gourmet, Blake A. Surbey c/o McCarron & Diess, 4530 Wisconsin Avenue, NW, Suite 301, Washington, DC 20016-4667 |
| 15510180 | + | Road Runner, PO Box 6011, Hermitage, PA 16148-1011 |
| 15510181 | + | Safeguard, PO Box 645624, Cincinnati, OH 45264-5624 |
| 15584028 | + | Stanley Convergent Security, 8350 Sunligh Drive, Fishers, IN 46037-6700 |
| 15510182 | + | Stanley Covergent Security, 8350 Sunlight Dr, Fishers, IN 46037-6700 |
| 15510184 | + | Va American Water, PO Box 790247, Saint Louis, MO 63179-0247 |
| 15584032 | + | Washigton Gas, 1000 Maine Avenue Suite 700, Washington, DC 20024-3494 |
| 15510185 | + | Washington Gas, 1000 Maine Ave Ste 700, Washington, DC 20024-3496 |
| 15510187 | + | XO Communications, 8851 SAndy Pkwy, Sandy, UT 84070-6438 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Apr 22 2025 06:05:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15562815 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2025 02:30:37 | Ashley Funding Services, LLC, Resurgent Capital |

| Recipient # | Notice Method | Date/Time | Address |
|---|---|---|---|
| | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15510167 | Email/Text: collections@alexandriava.gov | Apr 22 2025 02:25:00 | City of Alexandria, P.O. Box 178, Attn: Collections, Alexandria, VA 22313 |
| 15510166 | + EDI: CAPITALONE.COM | Apr 22 2025 06:05:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15516105 | + EDI: AIS.COM | Apr 22 2025 06:05:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15510168 | EDI: COMCASTCBLCENT | Apr 22 2025 06:05:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 15584010 | + Email/Text: va_tax_bk@harriscollect.com | Apr 22 2025 02:26:00 | Commonwealth of Virginia, Department of Taxation, PO Box 2156, Richmond, VA 23218-2156 |
| 15510169 | Email/Text: DEbankruptcy@domenergy.com | Apr 22 2025 02:24:00 | Dominion Power, PO Box 26543, Richmond, VA 23290-0000 |
| 15584012 | EDI: DISCOVER | Apr 22 2025 06:05:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 15534276 | + EDI: AISACG.COM | Apr 22 2025 06:05:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15584015 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Apr 22 2025 02:24:00 | First Mark Services, PO Box 82522, Lincoln, NE 68501-0000 |
| 15584014 | + Email/Text: john.burton@fairfaxcounty.gov | Apr 22 2025 02:26:00 | Fairfax County, 12000 Government Center Parkwa, Fairfax, VA 22035-0098 |
| 15511598 | EDI: IRS.COM | Apr 22 2025 06:05:00 | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 15510173 | + EDI: JPMORGANCHASE | Apr 22 2025 06:05:00 | JP Morgan Chasecard Svcs, 201 N. Walnut Street, Wilmington, DE 19801-2920 |
| 15584020 | + Email/Text: RASEBN@raslg.com | Apr 22 2025 02:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15584025 | + Email/PDF: bankruptcy_prod@navient.com | Apr 22 2025 02:30:42 | Navient Solutions, Inc., PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 15511599 | Email/Text: atlreorg@sec.gov | Apr 22 2025 02:25:00 | U.S.Securities & Exchange Comm, Office of Reorganization, 950 East Paces Ferry Road, N.E., Suite 900, Atlanta, GA 30326-1382 |
| 15510183 | + Email/Text: bankruptcyecf.shared@usfoods.com | Apr 22 2025 02:25:00 | US Foods, PO Box 75368, Baltimore, MD 21275-5368 |
| 15584031 | + Email/Text: va_tax_bk@harriscollect.com | Apr 22 2025 02:26:00 | Virginia Taxation Office, PO Box 1115, Richmond, VA 23218-1115 |
| 15584033 | + Email/Text: Bankruptcy@washgas.com | Apr 22 2025 02:25:00 | Washington Gas, Bankruptcy Dept., 6801 Industrial Road, Springfield, VA 22151-4205 |
| 15510186 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 22 2025 02:30:41 | Wells Fargo Bank, PO Box 10335, Des Moines, IA 50306-0335 |
| 15514379 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 22 2025 02:44:59 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 15819784 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 22 2025 02:30:29 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 23

| | | |
|---|---|---|
| District/off: 0422-9 | User: KimberlyD | Page 3 of 4 |
| Date Rcvd: Apr 21, 2025 | Form ID: VAN015 | Total Noticed: 53 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wells Fargo Bank, N.A. |
| cr | | Wells Fargo Bank, N.A. as successor by merger to W |
| 15583999 | *+ | Airgas, PO Box 802576, Chicago, IL 60680-2576 |
| 15584001 | *+ | Alexandria ReNew, PO Box 26428, Alexandria, VA 22313-6428 |
| 15584000 | *+ | Alexandria ReNew, PO Box 26428, Alexandria, VA 22313-6428 |
| 15584002 | *+ | Auto Chlor, 6301 Stevenson Avenue Suite 1, Alexandria, VA 22304-3527 |
| 15584003 | *+ | Burke & Herbert Bank, 100 South Fairfax Street, Alexandria, VA 22314-3383 |
| 15584007 | *P++ | CITY OF ALEXANDRIA, ATTN REVENUE DIVISION - COLLECTIONS, P O BOX 178, ALEXANDRIA VA 22313-1500, address filed with court:, City of Alexandria, P.O. Box 178, Attn: Collections, Alexandria, VA 22313 |
| 15584004 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15584005 | *+ | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15584009 | *+ | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 15584011 | * | County of Fairfax, Office of the County Attorney, 12000 Govt. Center Parkway, Suite 549, Fairfax, Va 22035 |
| 15584013 | *P++ | DOMINION ENERGY VIRGINIA NORTH CAROLINA, PO BOX 26666, RICHMOND VA 23261-6666, address filed with court:, Dominion Power, PO Box 26543, Richmond, VA 23290-0000 |
| 15584018 | *+ | International Gourmet, 7520 Fullerton Road, Springfield, VA 22153-2812 |
| 15584019 | *+ | JP Morgan Chasecard Svcs, 201 N. Walnut Street, Wilmington, DE 19801-2920 |
| 15584021 | *+ | Keany Produce, 3310 75th Avenue, Hyattsville, MD 20785-1501 |
| 15584022 | *+ | Michael Armellino, 5811 Hampton Forest Way, Fairfax, VA 22030-7254 |
| 15584024 | *+ | Morris Visitor Publications, PO Box 936562, Atlanta, GA 31193-6562 |
| 15584026 | *+ | Road Runner, PO Box 6011, Hermitage, PA 16148-1011 |
| 15584027 | *+ | Safeguard, PO Box 645624, Cincinnati, OH 45264-5624 |
| 15584029 | *+ | US Foods, PO Box 75368, Baltimore, MD 21275-5368 |
| 15584030 | *+ | Va American Water, PO Box 790247, Saint Louis, MO 63179-0247 |
| 15584034 | *+ | Wells Fargo Bank, PO Box 10335, Des Moines, IA 50306-0335 |
| 15584035 | *+ | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 15584036 | *+ | XO Communications, 8851 Sandy Pkwy, Sandy, UT 84070-6438 |
| 15510172 | ##+ | International Gourmet, 7520 Fullerton Road, Springfield, VA 22153-2812 |

TOTAL: 2 Undeliverable, 23 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2025              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arthur P. Lander | |
| | on behalf of Accountant Arthur Lander  CPA, PC law@businesslegalservicesinc.com |
| D. Carol Sasser | |
| | on behalf of Creditor Wells Fargo Bank  N.A. as successor by merger to Wachovia Bank, N.A. dsasser@siwpc.com, ewhite@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| D. Carol Sasser | |

on behalf of Creditor Wells Fargo Bank  N.A. dsasser@siwpc.com, ewhite@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com

Daniel M. Press

on behalf of Debtor Linda M Armellino dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Daniel M. Press

on behalf of Joint Debtor Michael J Armellino dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Gregory Todd DuMont

on behalf of Creditor Burke & Herbert Bank & Trust Company gregory.dumont@offitkurman.com  GTDuMontLaw@gmail.com

Jack Frankel

on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Martin J.A. Yeager

on behalf of Creditor Burke & Herbert Bank & Trust Company myeager@landcarroll.com

Matthew W. Cheney

ustpregion04.ax.ecf@usdoj.gov

Richard G. Hall

on behalf of Debtor Michael J Armellino richard.hall33@verizon.net


TOTAL: 10