# United States Bankruptcy Court
## Eastern District of Virginia
### Alexandria Division

| | |
|---|---|
| In re:<br><br>Linda M. and Michael J. Armellino,<br><br>Debtor. | Case No. 20-12475-BFK<br><br>Chapter 11 |

### Order of Dismissal

This matter, the motion of Matthew W. Cheney, the Acting United States Trustee for Region 4, to dismiss or convert this case to Chapter 7, docket no. 222, came before the Court.

It appearing to the Court that it is in the best interests of the creditors and the estate to dismiss this case.

It further appearing to the Court, that the Court cannot find and specifically identify unusual circumstances establishing that dismissing this case is not in the best interests of the creditors and the estate.

It further appearing to the Court that the Debtor consents to the dismissal of this case.

Now, it is hereby ordered:

1. This case is dismissed pursuant to 11 U.S.C. § 1112(b).

2. The hearing on the motion to dismiss or convert this case scheduled for April 22, 2025, is cancelled and removed from the docket.

Matthew W. Cheney
Acting United States Trustee
For Region 4
Jack Frankel, Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7176
Jack.I.Frankel@USDOJ.GOV

3. The Clerk shall serve a copy of this order on the Debtor and the Debtor's attorney.

Apr 21 2025

/s/ Brian F Kenney
_____
Brian F. Kenney
Chief Judge

Entered On Docket: Apr 21 2025

Matthew W. Cheney
Acting United States Trustee
For Region 4

/s/  Jack Frankel
Jack Frankel, Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7176
Email: jack.i.frankel@usdoj.gov

/s/ Daniel M. Press (by permission)
Daniel M. Press, Attorney
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Email: dpress@chung-press.com

*Attorney for Debtor*

cc:

Linda M. Armellino
Michael J. Armellino
5811 Hampton Forest Way
Fairfax, VA 22030

*Debtors*

### Certificate of Service

I hereby certify that on the 11th day of April, 2025, I emailed a copy of this proposed order to Debtor's attorney at the address listed above.

/s/  Jack Frankel

2

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 20-12475-BFK |
| Linda M Armellino | Chapter 11 |
| Michael J Armellino | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: KimberlyD | Page 1 of 2 |
| Date Rcvd: Apr 21, 2025 | Form ID: pdford6 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Linda M Armellino, Michael J Armellino, 5811 Hampton Forest Way, Fairfax, VA 22030-7254 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arthur P. Lander | on behalf of Accountant Arthur Lander CPA, PC law@businesslegalservicesinc.com |
| D. Carol Sasser | on behalf of Creditor Wells Fargo Bank N.A. as successor by merger to Wachovia Bank, N.A. dsasser@siwpc.com, ewhite@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| D. Carol Sasser | on behalf of Creditor Wells Fargo Bank N.A. dsasser@siwpc.com, ewhite@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| Daniel M. Press | on behalf of Debtor Linda M Armellino dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Joint Debtor Michael J Armellino dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |

| | | |
|---|---|---|
| District/off: 0422-9 | User: KimberlyD | Page 2 of 2 |
| Date Rcvd: Apr 21, 2025 | Form ID: pdford6 | Total Noticed: 1 |

Gregory Todd DuMont
    on behalf of Creditor Burke & Herbert Bank & Trust Company gregory.dumont@offitkurman.com  GTDuMontLaw@gmail.com

Jack Frankel
    on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov
    USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Martin J.A. Yeager
    on behalf of Creditor Burke & Herbert Bank & Trust Company myeager@landcarroll.com

Matthew W. Cheney
    ustpregion04.ax.ecf@usdoj.gov

Richard G. Hall
    on behalf of Debtor Michael J Armellino richard.hall33@verizon.net


TOTAL: 10